B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Northern District of Illinois

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| Puckett, Daniel Thomas | |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) xxx-xx-1768 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): 5852 Reidenbach Road, South Beloit, IL — ZIP Code 61080 | Street Address of Joint Debtor (No. and Street, City, and State): — ZIP Code |
| County of Residence or of the Principal Place of Business: Winnebago | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): — ZIP Code | Mailing Address of Joint Debtor (if different from street address): — ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Puckett, Daniel Thomas

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X ______________________________
Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________
(Name of landlord that obtained judgment)

______________________________
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Puckett, Daniel Thomas**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Daniel Thomas Puckett**
Signature of Debtor **Daniel Thomas Puckett**

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**September 24, 2008**
Date

#### Signature of Attorney*

X **/s/ Jeffrey E. Hardyman**
Signature of Attorney for Debtor(s)

**Jeffrey E. Hardyman 6201356**
Printed Name of Attorney for Debtor(s)

**Howard & Hardyman, LLP**
Firm Name

**PO Box 1616**
**Rockford, IL 61110-0116**

Address

**Email: jhardyman@howardhardyman.com**
**815-964-8888 Fax: 815-964-8779**
Telephone Number

**September 24, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Official Form 1, Exhibit D (10/06)**

## United States Bankruptcy Court
### Northern District of Illinois

In re **Daniel Thomas Puckett** Debtor(s)

Case No. ______
Chapter **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Daniel Thomas Puckett**
**Daniel Thomas Puckett**

Date: **September 24, 2008**

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Daniel Thomas Puckett**, Debtor

Case No. ______

Chapter **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 63,369.00 | | |
| B - Personal Property | Yes | 3 | 3,690.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 68,872.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 442,077.51 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 56 | | | 1,200.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,005.00 |
| Total Number of Sheets of ALL Schedules | | 73 | | | |
| | | Total Assets | 67,059.00 | | |
| | | | Total Liabilities | 510,949.51 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Daniel Thomas Puckett**, Debtor

Case No. ____________

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| **Type of Liability** | **Amount** |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

**B6A (Official Form 6A) (12/07)**

In re **Daniel Thomas Puckett**, Debtor

Case No. ______________________

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **419 Whitman Street, Rockford, Illinois 61103** | **Fee simple** | **-** | **63,369.00** | **68,872.00** |

Sub-Total > **63,369.00** (Total of this page)

Total > **63,369.00**

(Report also on Summary of Schedules)

**0** continuation sheets attached to the Schedule of Real Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re **Daniel Thomas Puckett**, Debtor — Case No. ______________

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Marine Credit Union, 661 W. Pioneer Road, Fond Du Lac, WI 54935** | - | **34.00** |
| | | **Amcore Bank, 501 7th St., Rockford, IL 61110** | - | **356.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **TV, Stereo, Computer<br>Location: 5852 Reidenbach Road, South Beloit IL** | - | **1,500.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Miscellaneous Clothing<br>Location: 5852 Reidenbach Road, South Beloit IL** | - | **300.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Miscelleanous Sporting Equipment, Digital Camera<br>Location: 5852 Reidenbach Road, South Beloit IL** | - | **1,500.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total > **3,690.00**
(Total of this page)

**2** continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Daniel Thomas Puckett**, Case No. ______
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Kurplunk, LLC, 36% ownership interest in Rockford Ski Rack, Business Closed 8/1/08** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total > **0.00**
(Total of this page)

Sheet **1** of **2** continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **Daniel Thomas Puckett**, Debtor

Case No. ______________________

# SCHEDULE B - PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total > **0.00**
(Total of this page)

Total > **3,690.00**

Sheet **2** of **2** continuation sheets attached to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6C (Official Form 6C) (12/07)

In re **Daniel Thomas Puckett**, Debtor Case No. ____________

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Marine Credit Union, 661 W. Pioneer Road, Fond Du Lac, WI 54935** | **735 ILCS 5/12-1001(b)** | **34.00** | **34.00** |
| **Amcore Bank, 501 7th St., Rockford, IL 61110** | **735 ILCS 5/12-1001(b)** | **356.00** | **356.00** |
| **Household Goods and Furnishings** | | | |
| **TV, Stereo, Computer Location: 5852 Reidenbach Road, South Beloit IL** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| **Wearing Apparel** | | | |
| **Miscellaneous Clothing Location: 5852 Reidenbach Road, South Beloit IL** | **735 ILCS 5/12-1001(a)** | **300.00** | **300.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Miscelleanous Sporting Equipment, Digital Camera Location: 5852 Reidenbach Road, South Beloit IL** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| | Total: | **3,690.00** | **3,690.00** |

**0** continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Daniel Thomas Puckett**, Debtor

Case No. ______________________

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3290**<br>**Citi Residential Lending**<br>**PO Box 11000**<br>**Santa Ana, CA 92711-1000** | | - | **February 2004**<br>**First Mortgage**<br>**419 Whitman Street, Rockford, Illinois 61103**<br>Value $ **63,369.00** | | | | **68,872.00** | **5,503.00** |
| Account No.<br>**Representing:**<br>**Citi Residential Lending** | | | **Litton Loan Servicing LP**<br>**Cash Managment Department**<br>**PO Box 4387**<br>**Houston, TX 77210**<br>Value $ | | | | | |
| Account No.<br>**Representing:**<br>**Citi Residential Lending** | | | **Litton Loan Servicing LP**<br>**Customer Assistance Response Team**<br>**4828 Loop Central Drive**<br>**Houston, TX 77081**<br>Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| | | | Subtotal (Total of this page) | | | | **68,872.00** | **5,503.00** |
| | | | Total (Report on Summary of Schedules) | | | | **68,872.00** | **5,503.00** |

**0** continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Certificate Number: 01356-ILN-CC-004833004

# CERTIFICATE OF COUNSELING

I CERTIFY that on September 4, 2008, at 5:22 o'clock PM EDT,

Daniel Puckett received from

Hummingbird Credit Counseling and Education, Inc.,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Northern District of Illinois, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: September 4, 2008

By /s/Sheree Rainbow

Name Sheree Rainbow

Title Certified Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

**B6E (Official Form 6E) (12/07)**

.

In re **Daniel Thomas Puckett** , Case No. ______________________________
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0** continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **Daniel Thomas Puckett**, Debtor

Case No. ______________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx4720**<br>**Amcore Bank**<br>**501 7th St.**<br>**Rockford, IL 61110** | | - | **Over draft line of credit on debtor's checking account** | | | | **2,465.00** |
| Account No. **xxxx-xxxx-xxxx-0270**<br>**AT & T Universal Card**<br>**PO Box 183037**<br>**Columbus, OH 43218** | | - | **Credit card purchases for business** | | | | **6,714.00** |
| Account No. **xxxx-xxxx-xxxx-1218**<br>**Bank of America**<br>**PO Box 15726**<br>**Wilmington, DE 19886-5726** | | - | **Credit card purchases** | | | | **4,635.47** |
| Account No. **xx8200**<br>**Brown Jordan International**<br>**5514 Pay Sphere Circle**<br>**Chicago, IL 60674** | | - | **Personal Guarantee of inventory purchases for Kurplunk, LLC d/b/a Rockford Ski Rack** | | | | **34,666.00** |

**5** continuation sheets attached

Subtotal (Total of this page) **48,480.47**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 S/N:34937-080807 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Daniel Thomas Puckett**, Debtor

Case No. ____________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Representing:**<br>**Brown Jordan International** | | | **20-20 Legal Collections**<br>**30 Old Rudnick Lane**<br>**Dover, DE 19901** | | | | |
| Account No.<br>**Representing:**<br>**Brown Jordan International** | | | **Brown Jordan International**<br>**9860 Gidley St.**<br>**El Monte, CA 91731** | | | | |
| Account No.<br>**Dalbello Sports**<br>**519 Main Street**<br>**Andover, NH 03216** | | - | **Personal Guarantee of inventory purchases for Kurplunk, LLC d/b/a Rockford Ski Rack** | | | | **15,000.00** |
| Account No. **x9182**<br>**First Integrity**<br>**111 N.E. 4th St.**<br>**Staples, MN 56479** | | - | **Personal Guarantee of Secured Business Loan for creditor to Kurplunk, LLC d/b/a Rockford Ski Rack** | | | | **58,547.00** |
| Account No. **x4849**<br>**J & B Importers**<br>**PO Box 161859**<br>**Miami, FL 33116** | | - | **Personal Guarantee of inventory purchases for Kurplunk, LLC d/b/a Rockford Ski Rack** | | | | **680.00** |

Sheet no. **1** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **74,227.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Daniel Thomas Puckett**, Debtor

Case No. ______________________________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x8760**<br>**K-2**<br>**PO Box 88967**<br>**Chicago, IL 60695** | | - | **Personal Guarantee of inventory purchases for Kurplunk, LLC d/b/a Rockford Ski Rack** | | | | **15,243.00** |
| Account No.<br>**Representing:**<br>**K-2** | | | **IFS Collections**<br>**32107 Lindero Canyon Rd.**<br>**Westlake Village, CA 91361** | | | | |
| Account No.<br>**Menards**<br>**PO Box 4160**<br>**Carol Stream, IL 60197** | | - | **Credit card purchases for business** | | | | **140.00** |
| Account No. **x8588**<br>**Midwest Bank**<br>**PO Box 689**<br>**Freeport, IL 61032** | | - | **Personal Guarantee of inventory purchases for Kurplunk, LLC d/b/a Rockford Ski Rack** | | | | **200,000.00** |
| Account No. **xxxxxxxxxxxx9160**<br>**Mobil**<br>**PO Box 688938**<br>**Des Moines, IA 50368-8938** | | - | **Credit card purchases for business** | | | | **900.00** |

Sheet no. 2 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **216,283.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Daniel Thomas Puckett**, Debtor — Case No. ______________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xxxx0030**<br>**NorthPointe/Physician Billing**<br>**1446 Randall Ave**<br>**Janesville, WI 53545** | | - | **Date of Service 12/9/07**<br>**Medical Bills** | | | | **306.00** |
| Account No. **Rockford**<br>**Play Nation**<br>**190 Etowah Industrial Ct.**<br>**Canton, GA 30114** | | - | **Personal Guarantee of inventory purchases for Kurplunk, LLC d/b/a Rockford Ski Rack** | | | | **19,000.00** |
| Account No. **Kxxxxx - Mxxxxx - Mx4915**<br>**Rockford Health Systems/RMH**<br>**2400 N. Rockton Road**<br>**Rockford, IL 61103** | | - | **2000-2001**<br>**Medical Bills** | | | | **2,406.00** |
| Account No.<br>**Representing:**<br>**Rockford Health Systems/RMH** | | | **Rockford Mercantile Agency, Inc.**<br>**2502 S. Alpine Road**<br>**Rockford, IL 61108** | | | | |
| Account No. **Rockford007**<br>**Rome**<br>**PO Box 1323**<br>**Williston, VT 05495** | | - | **2007**<br>**Personal Guarantee of inventory purchases for Kurplunk, LLC d/b/a Rockford Ski Rack** | | | | **20,906.00** |

Sheet no. **3** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **42,618.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Daniel Thomas Puckett**, Debtor

Case No. ______________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Representing:<br>Rome | | | Robert Eskin Collections<br>1156 South US1<br>Vero Beach, FL 32962 | | | | |
| Account No. 5377<br>Spyder<br>4725 Walnut St.<br>Boulder, CO 80301-2537 | | - | April<br>Personal Guarantee of inventory purchases for Kurplunk, LLC d/b/a Rockford Ski Rack | | | | 28,000.00 |
| Account No.<br>Representing:<br>Spyder | | | IFS Collections<br>32107 Lindero Canyon Rd.<br>Westlake Village, CA 91361 | | | | |
| Account No. x7135<br>The North Face<br>PO Box 1817<br>Appleton, WI 54912 | | - | Personal Guarantee of inventory purchases for Kurplunk, LLC d/b/a Rockford Ski Rack | | | | 17,000.00 |
| Account No.<br>Representing:<br>The North Face | | | Arthur Roth Collection<br>PO Box 2471<br>Woburn, MA 01888 | | | | |

Sheet no. 4 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **45,000.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re **Daniel Thomas Puckett**, Debtor     Case No. ____________

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H W J C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **H-xxxxxxx4338**<br>**UW of Wisconsin Hospital & Clinics**<br>**PO Box 3006**<br>**Milwaukee, WI 53201-3006** | | - | **Date of Service 12/9/07**<br>**Medical Bills** | | | | **219.04** |
| Account No. **(AKA xxx) #xxx4060**<br>**West Life Distribution (AKA 686)**<br>**20 Goodyear**<br>**Irvine, CA 92618** | | - | **Personal Guarantee of inventory purchases for Kurplunk, LLC d/b/a Rockford Ski Rack** | | | | **250.00** |
| Account No.<br>**Winston**<br>**PO Box 686**<br>**Haleyville, AL 35568** | | - | **Personal Guarantee of inventory purchases for Kurplunk, LLC d/b/a Rockford Ski Rack** | | | | **15,000.00** |
| Account No.<br>**Representing:**<br>**Winston** | | | **20-20 Legal Collections**<br>**30 Old Rudnick Lane**<br>**Dover, DE 19901** | | | | |
| Account No. | | | | | | | |

Sheet no. **5** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **15,469.04**

Total (Report on Summary of Schedules): **442,077.51**

B6G (Official Form 6G) (12/07)

In re **Daniel Thomas Puckett**, Debtor

Case No. ______________________

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re **Daniel Thomas Puckett**, Debtor    Case No. ____________________

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Edward J. Stanford**<br>**1460 Gragg St.**<br>**Centralia, IL 62801** | **Midwest Bank**<br>**PO Box 689**<br>**Freeport, IL 61032** |
| **Krucfhen Associates, Inc.**<br>**Attn: Peter Kructhen, President**<br>**1647 Oak Forest Road**<br>**Rockford, IL 61103** | **Midwest Bank**<br>**PO Box 689**<br>**Freeport, IL 61032** |

**0** continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re **Daniel Thomas Puckett** Case No. ________
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **None.** | AGE(S): |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ N/A |
| 2. Estimate monthly overtime | $ 0.00 | $ N/A |
| 3. SUBTOTAL | $ 0.00 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ N/A |
| b. Insurance | $ 0.00 | $ N/A |
| c. Union dues | $ 0.00 | $ N/A |
| d. Other (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ N/A |
| 8. Income from real property | $ 0.00 | $ N/A |
| 9. Interest and dividends | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 12. Pension or retirement income | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): **Unemployment Benefits (Net)** | $ 1,200.00 | $ N/A |
| | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 1,200.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 1,200.00 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 1,200.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**ROCKFORD SKI RACK** 001487

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Daniel T Puckett, 1611 N Alpine Rd, Rockford, IL 61107 | ***-**-1768 | Single/Withhold | Fed-0/0/IL-0/0 |
| | Pay Period: 07/28/2008 - 08/03/2008 | | Pay Date: 08/01/2008 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 939.00 | 30,048.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding (Fed 941) | -154.00 | -4,929.00 |
| Social Security Emp. (Fed 941) | -58.22 | -1,862.98 |
| Medicare Employee (Fed 941) | -13.62 | -435.70 |
| IL - Withholding (IL 941) | -28.17 | -901.44 |
| | -254.01 | -8,129.12 |
| Net Pay | 684.99 | 21,918.88 |

Rockford, IL 61112 ... nk DBA Rockford Ski Rack

**ROCKFORD SKI RACK** 001486

| Employee | SSN | | |
|---|---|---|---|
| Daniel T Puckett, 1611 N Alpine Rd, Rockford, IL 61107 | ***-**-1768 | | |
| | Pay Period: 07/21/2008 - 07/27/2008 | | Pay Date: 08/01/2008 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 939.00 | 29,109.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding (Fed 941) | -154.00 | -4,775.00 |
| Social Security Emp. (Fed 941) | -58.22 | -1,804.76 |
| Medicare Employee (Fed 941) | -13.61 | -422.08 |
| IL - Withholding (IL 941) | -28.17 | -873.27 |
| | -254.00 | -7,875.11 |
| Net Pay | 685.00 | 21,233.89 |

Rockford Ski Rack, 1975 Pawlisch Drive, Rockford, IL 61112 815-332-9601, Kurplunk DBA Rockford Ski Rack

**ROCKFORD SKI RACK** 001480

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Daniel T Puckett, 1611 N Alpine Rd, Rockford, IL 61107 | ***-**-1768 | Single/Withhold | Fed-0/0/IL-0/0 |
| | Pay Period: 07/14/2008 - 07/20/2008 | | Pay Date: 07/25/2008 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 939.00 | 28,170.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding (Fed 941) | -154.00 | -4,621.00 |
| Social Security Emp. (Fed 941) | -58.22 | -1,746.54 |
| Medicare Employee (Fed 941) | -13.62 | -408.47 |
| IL - Withholding (IL 941) | [illegible] | -845.10 |
| | -254.01 | [illegible] |
| Net Pay | 684.99 | 20,548.88 |

Message

**ROCKFORD SKI RACK** 001478

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Daniel T Puckett, 1611 N Alpine Rd, Rockford, IL 61107 | ***-**-1768 | Single/Withhold | Fed-0/0/IL-0/0 |
| | Pay Period: 07/07/2008 - 07/13/2008 | | Pay Date: 07/18/2008 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 939.00 | 27,231.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding (Fed 941) | -154.00 | -4,467.00 |
| Social Security Emp. (Fed 941) | -58.22 | -1,688.32 |
| Medicare Employee (Fed 941) | -13.62 | -394.86 |
| IL - Withholding (IL 941) | -28.17 | -816.93 |
| | -254.01 | -7,367.10 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 684.99 | 19,863.90 |

Message

Rockford Ski Rack, 1975 Pawlisch Drive, Rockford, IL 61112 815-332-9601, Kurplunk DBA Rockford Ski Rack

**ROCKFORD SKI RACK** 001473

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Daniel T Puckett, 1611 N Alpine Rd, Rockford, IL 61107 | ***-**-1768 | Single/Withhold | Fed-0/0/IL-0/0 |
| | Pay Period: 06/30/2008 - 07/06/2008 | | Pay Date: 07/11/2008 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 939.00 | 26,292.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding (Fed 941) | -154.00 | -4,313.00 |
| Social Security Emp. (Fed 941) | -58.21 | -1,630.10 |
| Medicare Employee (Fed 941) | -13.61 | -381.23 |
| IL - Withholding (IL 941) | -28.17 | -788.76 |
| | -253.99 | -7,113.09 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 685.01 | 19,178.91 |

Message

Rockford Ski Rack, 1975 Pawlisch Drive, Rockford, IL 61112 815-332-9601, Kurplunk DBA Rockford Ski Rack

**ROCKFORD SKI RACK** 001468

| Employee | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|
| Daniel T Puckett, 1611 N Alpine Rd, Rockford, IL 61107 | ***-**-1768 | Single/Withhold | Fed-0/0/IL-0/0 |
| | Pay Period: 06/16/2008 - 06/22/2008 | | Pay Date: 07/04/2008 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | | | 939.00 | 25,353.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Federal Withholding (Fed 941) | -154.00 | -4,159.00 |
| Social Security Emp. (Fed 941) | -58.22 | -1,571.89 |
| Medicare Employee (Fed 941) | -13.62 | -367.62 |
| IL - Withholding (IL 941) | -28.17 | -760.59 |
| | -254.01 | -6,859.10 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 684.99 | 18,493.90 |

Message

Rockford Ski Rack, 1975 Pawlisch Drive, Rockford, IL 61112 815-332-9601, Kurplunk DBA Rockford Ski Rack

| a Employee's SSN [redacted] | b Employer identification number (EIN) 36-4246316 | | | OMB No. 1545-0008 |
|---|---|---|---|---|
| c Employer's name, address, and ZIP code<br>KURPLUNK DBA ROCKFORD SKI RACK<br>ROCKFORD SKI RACK<br>1975 PAWLISCH DRIVE<br><br>ROCKFORD IL 61112 | 1 Wgs, tips, other compn<br>49828.00 | 2 Fed inc tax withheld<br>8088.00 | 3 Social security wages<br>49828.00 | Form **W-2** **Wage and Tax Statement** **2007** |
| | 4 SS tax withheld<br>3089.34 | 5 Medicare wages & tips<br>49828.00 | 6 Medicare tax withheld<br>681.66 | |
| | 7 Social security tips | 8 Allocated tips | 9 Advance EIC payment | |
| d Control number | 10 Depdnt care benefits | 11 Nonqualified plans | 12a | |
| e Employee's name, address, and ZIP code Suff.<br><br>DANIEL T PUCKETT<br>1611 N ALPINE RD<br>ROCKFORD IL 61107 | 13 Statutory employee ☐<br>Retirement plan ☐<br>Third-party sick pay ☐ | 14 Other | 12b<br>12c<br>12d | Copy B To Be Filed with Employee's FEDERAL Tax Return This information is being furnished to the Internal Revenue Service. |

| 15 State | Employer's state ID number | 16 State wages, tips, etc | 17 State income tax | 18 Local wages, tips, etc | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| IL | 4200404 | 49828.00 | 1466.67 | | | |

QBMW2B2C 10/01/07 Department of the Treasury — IRS

# Form 1040 U.S. Individual Income Tax Return 2007

IRS Use Only - Do not write or staple in this space. OMB No. 1545-0074

**Label** (See instructions on page 12.) Use the IRS label. Otherwise, please print or type.

For the year Jan. 1-Dec. 31, 2007, or other tax year beginning , 2007, ending , 20

| | |
|---|---|
| Your first name and initial: DANIEL T. | Last name: PUCKETT |
| If a joint return, spouse's first name and initial | Last name |
| Home address (number and street). If you have a P.O. box, see page 12.: 1975 PAWLISCH DR. | Apt. no. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 12.: ROCKFORD, IL 61112 | |

Your social security number: [redacted]
Spouse's social security number: [redacted]
You must enter ▲ your SSN(s) above.▲
Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 12) ▶ ☐ You ☐ Spouse

**Filing Status**

Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☒ Married filing separately. Enter spouse's SSN above and full name here. ▶LISA L. HARDYMAN
4. ☐ Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 14)

**Exemptions**

6a ☒ **Yourself.** If someone can claim you as a dependent, **do not** check box 6a — Boxes checked on 6a and 6b: 1

b ☐ **Spouse**

c **Dependents:**

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 15) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

If more than four dependents, see page 15.

No. of children on 6c who: ● lived with you ___ ● did not live with you due to divorce or separation (see page 16) ___

Dependents on 6c not entered above ___

d Total number of exemptions claimed — Add numbers on lines above ▶ 1

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 49,828. |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | |
| b | **Tax-exempt** interest. **Do not** include on line 8a — 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 19) — 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes STMT 1 STMT 2 | 10 | 1,167. |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions 15a — b Taxable amount | 15b | |
| 16a | Pensions and annuities 16a — b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | -29,156. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a — b Taxable amount (see page 24) | 20b | |
| 21 | Other income. List type and amount (see page 24) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 21,839. |

**Adjusted Gross Income**

| Line | Description | | Amount | | |
|---|---|---|---|---|---|
| 23 | Educator expenses (see page 26) | 23 | | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | | | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | | | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | | | |
| 29 | Self-employed health insurance deduction (see page 26) | 29 | | | |
| 30 | Penalty on early withdrawal of savings | 30 | | | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | | | |
| 32 | IRA deduction (see page 27) | 32 | | | |
| 33 | Student loan interest deduction (see page 30) | 33 | | | |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | | | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | | | |
| 36 | Add lines 23 through 31a and 32 through 35 | | | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | | | 37 | 21,839. |

COPY

710001 11-05-07

LHA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 83.

Form 1040 (2007) DANIEL T. PUCKETT Page 2

**Tax and Credits**

Standard Deduction for - • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see page 31. • All others: Single or Married filing separately, $5,350; Married filing jointly or Qualifying widow(er), $10,700; Head of household, $7,850

| Line | Description | | Amount |
|---|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | | 21,839. |
| 39a | Check if: You were born before January 2, 1943, Blind. Spouse was born before January 2, 1943, Blind. Total boxes checked ▶ 39a | | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 31 and check here ▶ 39b [X] | | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 1,467. |
| 41 | Subtract line 40 from line 38 | | 20,372. |
| 42 | If line 38 is $117,300 or less, multiply $3,400 by the total number of exemptions claimed on line 6d. If line 38 is over $117,300, see the worksheet on page 33 | | 3,400. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 16,972. |
| 44 | Tax. Check if any tax is from: a Form(s) 8814 b Form 4972 c Form(s) 8889 | | 2,155. |
| 45 | Alternative minimum tax. Attach Form 6251 | | 0. |
| 46 | Add lines 44 and 45 ▶ | | 2,155. |
| 47 | Credit for child and dependent care expenses. Attach Form 2441 | | |
| 48 | Credit for the elderly or the disabled. Attach Schedule R | | |
| 49 | Education credits. Attach Form 8863 | | |
| 50 | Residential energy credits. Attach Form 5695 | | |
| 51 | Foreign tax credit. Attach Form 1116 if required | | |
| 52 | Child tax credit (see page 39). Attach Form 8901 if required | | |
| 53 | Retirement savings contributions credit. Attach Form 8880 | | |
| 54 | Credits from: a Form 8396 b Form 8859 c Form 8839 | | |
| 55 | Other credits: a Form 3800 b Form 8801 c Form ______ | | |
| 56 | Add lines 47 through 55. These are your total credits | | |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | | 2,155. |

**Other Taxes**

| Line | Description | | Amount |
|---|---|---|---|
| 58 | Self-employment tax. Attach Schedule SE | | |
| 59 | Unreported social security and Medicare tax from: a Form 4137 b Form 8919 | | |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | |
| 61 | Advance earned income credit payments from Form(s) W-2, box 9 | | |
| 62 | Household employment taxes. Attach Schedule H | | |
| 63 | Add lines 57 through 62. This is your total tax ▶ | | 2,155. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| Line | Description | | Amount |
|---|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 8,088. | |
| 65 | 2007 estimated tax payments and amount applied from 2006 return | | |
| 66a | Earned income credit (EIC) | | |
| b | Nontaxable combat pay election ▶ 66b | | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | | |
| 68 | Additional child tax credit. Attach Form 8812 | | |
| 69 | Amount paid with request for extension to file (see page 59) | | |
| 70 | Payments from: a Form 2439 b Form 4136 c Form 8885 | | |
| 71 | Refundable credit for prior year minimum tax from Form 8801, line 27 | | |
| 72 | Add lines 64, 65, 66a, and 67 through 71. These are your total payments ▶ | | 8,088. |

**Refund**

Direct deposit? See page 59 and fill in 74b, 74c, and 74d, or Form 8888.

| Line | Description | | Amount |
|---|---|---|---|
| 73 | If line 72 is more than line 63, subtract line 63 from line 72. This is the amount you overpaid | | 5,933. |
| 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ | | 5,933. |
| b | Routing number 071900456 ▶ c Type: [X] Checking Savings ▶ d Account number 7954720 | | |
| 75 | Amount of line 73 you want applied to your 2008 estimated tax ▶ | | |

**Amount You Owe**

| Line | Description | | Amount |
|---|---|---|---|
| 76 | Amount you owe. Subtract line 72 from line 63. For details on how to pay, see page 60 ▶ | | |
| 77 | Estimated tax penalty (see page 61) | | |

**Third Party Designee** Do you want to allow another person to discuss this return with the IRS (see page 61)? [X] Yes. Complete the following. No

Designee's name ▶ PREPARER Phone no. ▶ Personal identification number (PIN) ▶

**Sign Here** Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See page 13. Keep a copy for your records.

Your signature [signature] Date 5/12/07 Your occupation BUSINESS OWNER Daytime phone number

COPY

Spouse's signature. If a joint return, both must sign. Date Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature ▶ Date Check if self-employed Preparer's SSN or PTIN P00011067

Firm's name (or yours if self-employed), address, and ZIP code ▶ RSM MCGLADREY, INC. 501 7TH ST., P.O. BOX 4539 ROCKFORD, IL 61110-4539 EIN 41-1944416 Phone no. 815-961-8600

710002 11-05-07

SCHEDULES A&B (Form 1040)
Department of the Treasury Internal Revenue Service

# Schedule A - Itemized Deductions

(Schedule B is on page 2)

▶ Attach to Form 1040. ▶ See Instructions for Schedules A&B (Form 1040).

OMB No. 1545-0074
2007
Attachment Sequence No. 07

Name(s) shown on Form 1040: DANIEL T. PUCKETT
Your social security number: [redacted]

| Section | Line | Description | Line ref | Amount | Line ref | Amount |
|---|---|---|---|---|---|---|
| Medical and Dental Expenses | | Caution. Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-1) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 38 [2] | | | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | |
| Taxes You Paid (See page A-2.) | 5 | State and local (check only one box): a [X] Income taxes, or b [ ] General sales taxes | 5 | 1,467. | | |
| | 6 | Real estate taxes (see page A-5) | 6 | | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 1,467. |
| Interest You Paid (See page A-5.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-6 and show that person's name, identifying no., and address ▶ | 11 | | | |
| Note. Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. | 12 | | | |
| | 13 | Qualified mortgage insurance premiums (See page A-7) | 13 | | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See page A-7.) | 14 | | | |
| | 15 | Add lines 10 through 14 | | | 15 | |
| Gifts to Charity If you made a gift and got a benefit for it, see page A-8. | 16 | Gifts by cash or check. | 16 | | | |
| | 17 | Other than by cash or check. If any gift of $250 or more, see page A-8. You must attach Form 8283 if over $500 | 17 | | | |
| | 18 | Carryover from prior year | 18 | | | |
| | 19 | Add lines 16 through 18 | | | 19 | |
| Casualty and Theft Losses | 20 | Casualty or theft loss(es). Attach Form 4684. (See page A-9.) | | | 20 | |
| Job Expenses and Certain Miscellaneous Deductions (See page A-9.) | 21 | Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See page A-9.) ▶ | 21 | | | |
| | 22 | Tax preparation fees | 22 | | | |
| | 23 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ | 23 | | | |
| | 24 | Add lines 21 through 23 | 24 | | | |
| | 25 | Enter amount from Form 1040, line 38 [25] | | | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | | 27 | |
| Other Miscellaneous Deductions | 28 | Other - from list on page A-10. List type and amount ▶ | | | 28 | |
| Total Itemized Deductions | 29 | Is Form 1040, line 38, over $156,400 (over $78,200 if married filing separately)? [X] No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40. [ ] Yes. Your deduction may be limited. See page A-10 for the amount to enter. ▶ | | | 29 | 1,467. |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ [ ] | | | | |

LHA 719501 11-08-07 **For Paperwork Reduction Act Notice, see Form 1040 instructions.** Schedule A (Form 1040) 2007

**SCHEDULE E (Form 1040)**

Department of the Treasury Internal Revenue Service

# Supplemental Income and Loss

(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)

▶ Attach to Form 1040, 1040NR, or Form 1041. ▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074

**2007**

Attachment Sequence No. 13

Name(s) shown on return: DANIEL T. PUCKETT

Your social security number: [redacted]

**Part I Income or Loss From Rental Real Estate and Royalties** Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see page E-3). If you are an individual, report farm rental income or loss from Form 4835 on page 2, line 40.

1 List the type and location of each rental real estate property:

A HOUSE 419 WHITMAN STREET

B

C

2 For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
- 14 days or
- 10% of the total days rented at fair rental value?

(See page E-3.)

| | Yes | No |
|---|---|---|
| A | | X |
| B | | |
| C | | |

| Income: | Line | Properties A | Properties B | Properties C | Line | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|
| 3 Rents received | 3 | | | | 3 | |
| 4 Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | |
| 5 Advertising | 5 | | | | | |
| 6 Auto and travel (see page E-4) | 6 | 240. | | | | |
| 7 Cleaning and maintenance | 7 | | | | | |
| 8 Commissions | 8 | | | | | |
| 9 Insurance | 9 | 932. | | | | |
| 10 Legal and other professional fees | 10 | | | | | |
| 11 Management fees | 11 | | | | | |
| 12 Mortgage interest paid to banks, etc. (see page E-4) | 12 | 6,907. | | | 12 | 6,907. |
| 13 Other interest | 13 | | | | | |
| 14 Repairs | 14 | 578. | | | | |
| 15 Supplies | 15 | | | | | |
| 16 Taxes | 16 | 1,757. | | | | |
| 17 Utilities | 17 | 1,259. | | | | |
| 18 Other (list) ▶ SEE STATEMENT 4 | 18 | 700. | | | | |
| 19 Add lines 5 through 18 | 19 | 12,373. | | | 19 | 12,373. |
| 20 Depreciation expense or depletion (see page E-5) | 20 | 2,325. | | | 20 | 2,325. |
| 21 Total expenses. Add lines 19 and 20 | 21 | 14,698. | | | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-5 to find out if you must file Form 6198 | 22 | -14,698. | | | | |
| 23 Deductible rental real estate loss. Caution. Your rental real estate loss on line 22 may be limited. See page E-5 to find out if you must file Form 8582. Real estate professionals must complete line 43 on page 2 | 23 | ( 0.) | ( ) | ( ) | | |

| | Line | Amount |
|---|---|---|
| 24 **Income.** Add positive amounts shown on line 22. **Do not** include any losses | 24 | 0. |
| 25 **Losses.** Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | 25 | ( 0.) |
| 26 **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | 26 | 0. |

Schedule E (Form 1040) 2007 Attachment Sequence No. 13 Page 2

Name(s) shown on return. Do not enter name and social security number if shown on page 1. | Your social security number

DANIEL T. PUCKETT

**Caution.** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

**Part II** **Income or Loss From Partnerships and S Corporations** **Note.** If you report a loss from an at-risk activity for which any amount is not at risk, you **must** check column (e) on line 28 and attach **Form 6198.** See page E-1.

27 Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? [X] Yes [ ] No

If you answered "Yes," see page E-6 before completing this section.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | KURPLUNK, LLC | P | | 36-4246316 | |
| B | UNREIMBURSED EXPENSES | P | | 36-4246316 | |
| C | | | | | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | 29,006. | | |
| B | | | 150. | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | |
| b Totals | | | 29,156. | | |

| Line | Description | | Amount |
|---|---|---|---|
| 30 | Add columns (g) and (j) of line 29a | 30 | |
| 31 | Add columns (f), (h), and (i) of line 29b | 31 | ( 29,156.) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below | 32 | -29,156. |

**Part III** **Income or Loss From Estates and Trusts**

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| Line | Description | | Amount |
|---|---|---|---|
| 35 | Add columns (d) and (f) of line 34a | 35 | |
| 36 | Add columns (c) and (e) of line 34b | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below | 37 | |

**Part IV** **Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder**

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| Line | Description | | Amount |
|---|---|---|---|
| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |

**Part V** **Summary**

| Line | Description | | Amount |
|---|---|---|---|
| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below | 40 | |
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ▶ | 41 | -29,156. |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code T; and Schedule K-1 (Form 1041), line 14, code F (see page E-7) | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see page E-2), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules | 43 | |

**Schedule E (Form 1040) 2007**

721501
11-08-07

ES NOT APPLY

Form **6251** Department of the Treasury Internal Revenue Service (99)

# Alternative Minimum Tax - Individuals

▶ Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0074 **2007** Attachment Sequence No. 32

Name(s) shown on Form 1040 or Form 1040NR: DANIEL T. PUCKETT

Your social security number: [redacted]

## Part I Alternative Minimum Taxable Income

| Line | Description | No. | Amount |
|---|---|---|---|
| 1 | If filing Schedule A (Form 1040), enter the amount from Form 1040, line 41, and go to line 2. Otherwise, enter the amount from Form 1040, line 38, and go to line 7. (If less than zero, enter as a negative amount.) | 1 | 20,372. |
| 2 | Medical and dental. Enter the **smaller** of Schedule A (Form 1040), line 4, **or** 2.5% (.025) of Form 1040, line 38. If zero or less, enter -0- | 2 | |
| 3 | Taxes from Schedule A (Form 1040), line 9 | 3 | 1,467. |
| 4 | Enter the home mortgage interest adjustment, if any, from line 6 of the worksheet on page 2 of the instructions | 4 | |
| 5 | Miscellaneous deductions from Schedule A (Form 1040), line 27 | 5 | |
| 6 | If Form 1040, line 38, is over $156,400 (over $78,200 if married filing separately), enter the amount from line 11 of the **Itemized Deductions Worksheet** on page A-10 of the instructions for Schedule A (Form 1040) | 6 | |
| 7 | Tax refund from Form 1040, line 10 or line 21 | 7 | -1,167. |
| 8 | Investment interest expense (difference between regular tax and AMT) | 8 | |
| 9 | Depletion (difference between regular tax and AMT) | 9 | |
| 10 | Net operating loss deduction from Form 1040, line 21. Enter as a positive amount | 10 | |
| 11 | Interest from specified private activity bonds exempt from the regular tax | 11 | |
| 12 | Qualified small business stock (7% of gain excluded under section 1202) | 12 | |
| 13 | Exercise of incentive stock options (excess of AMT income over regular tax income) | 13 | |
| 14 | Estates and trusts (amount from Schedule K-1 (Form 1041), box 12, code A) | 14 | |
| 15 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6) | 15 | |
| 16 | Disposition of property (difference between AMT and regular tax gain or loss) | 16 | |
| 17 | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) | 17 | |
| 18 | Passive activities (difference between AMT and regular tax income or loss) | 18 | 0. |
| 19 | Loss limitations (difference between AMT and regular tax income or loss) | 19 | |
| 20 | Circulation costs (difference between regular tax and AMT) | 20 | |
| 21 | Long-term contracts (difference between AMT and regular tax income) | 21 | |
| 22 | Mining costs (difference between regular tax and AMT) | 22 | |
| 23 | Research and experimental costs (difference between regular tax and AMT) | 23 | |
| 24 | Income from certain installment sales before January 1, 1987 | 24 | |
| 25 | Intangible drilling costs preference | 25 | |
| 26 | Other adjustments, including income-based related adjustments | 26 | |
| 27 | Alternative tax net operating loss deduction | 27 | |
| 28 | **Alternative minimum taxable income.** Combine lines 1 through 27. (If married filing separately and line 28 is more than $207,500, see instructions) | 28 | 20,672. |

## Part II Alternative Minimum Tax

29 Exemption. (If this form is for a child under age 18, see instructions.)

| IF your filing status is... | AND line 28 is not over... | THEN enter on line 29... |
|---|---|---|
| Single or head of household | $112,500 | $44,350 |
| Married filing jointly or qualifying widow(er) | 150,000 | 66,250 |
| Married filing separately | 75,000 | 33,125 |

If line 28 is over the amount shown above for your filing status, see instructions.

| Line | Description | No. | Amount |
|---|---|---|---|
| 29 | Exemption | 29 | 33,125. |
| 30 | Subtract line 29 from line 28. If more than zero, go to line 31. If zero or less, enter -0- here and on lines 33 and 35 and skip the rest of Part II | 30 | 0. |
| 31 | • If you are filing Form 2555 or 2555-EZ, see page 8 of the instructions for the amount to enter. • If you reported capital gain distributions directly on Form 1040, line 13; you reported qualified dividends on Form 1040, line 9b; or you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on page 2 and enter the amount from line 55 here. • **All others:** If line 30 is $175,000 or less ($87,500 or less if married filing separately), multiply line 30 by 26% (.26). Otherwise, multiply line 30 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result. | 31 | 0. |
| 32 | Alternative minimum tax foreign tax credit (see instructions) | 32 | |
| 33 | Tentative minimum tax. Subtract line 32 from line 31 | 33 | 0. |
| 34 | Tax from Form 1040, line 44 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 51). If you used Sch J to figure your tax, the amount from line 44 of Form 1040 must be refigured without using Sch J | 34 | 2,155. |
| 35 | **Alternative minimum tax.** Subtract line 34 from line 33. If zero or less, enter -0-. Enter here and on Form 1040, line 45 | 35 | 0. |

Form 6251 (2007) DANIEL T. PUCKETT Page 2

**Part III** **Tax Computation Using Maximum Capital Gains Rates**

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 36 | Enter the amount from Form 6251, line 30. If you are filing Form 2555 or 2555-EZ, enter the amount from line 3 of the worksheet in the instructions | | | 36 | |
| 37 | Enter the amount from line 6 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 44, or the amount from line 13 of the Schedule D Tax Worksheet on page D-10 of the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see the instructions). If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter | 37 | | | |
| 38 | Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary) (see instructions). If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter | 38 | | | |
| 39 | If you did not complete a Schedule D Tax Worksheet for the regular tax or the AMT, enter the amount from line 37. Otherwise, add lines 37 and 38, and enter the **smaller** of that result or the amount from line 10 of the Schedule D Tax Worksheet (as refigured for the AMT, if necessary). If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter | 39 | | | |
| 40 | Enter the **smaller** of line 36 or line 39 | | | 40 | |
| 41 | Subtract line 40 from line 36 | | | 41 | |
| 42 | If line 41 is $175,000 or less ($87,500 or less if married filing separately), multiply line 41 by 26% (.26). Otherwise, multiply line 41 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ▶ | | | 42 | |
| 43 | Enter: • $63,700 if married filing jointly or qualifying widow(er), • $31,850 if single or married filing separately, or • $42,650 if head of household. | 43 | | | |
| 44 | Enter the amount from line 7 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 44, or the amount from line 14 of the Schedule D Tax Worksheet on page D-10 of the instructions for Schedule D (Form 1040), whichever applies (as figured for the regular tax). If you did not complete either worksheet for the regular tax, enter -0- | 44 | | | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- | 45 | | | |
| 46 | Enter the **smaller** of line 36 or line 37 | 46 | | | |
| 47 | Enter the **smaller** of line 45 or line 46 | 47 | | | |
| 48 | Multiply line 47 by 5% (.05) ▶ | | | 48 | |
| 49 | Subtract line 47 from line 46 | 49 | | | |
| 50 | Multiply line 49 by 15% (.15) ▶ | | | 50 | |
| | **If line 38 is zero or blank, skip lines 51 and 52 and go to line 53. Otherwise, go to line 51.** | | | | |
| 51 | Subtract line 46 from line 40 | 51 | | | |
| 52 | Multiply line 51 by 25% (.25) ▶ | | | 52 | |
| 53 | Add lines 42, 48, 50, and 52 | | | 53 | |
| 54 | If line 36 is $175,000 or less ($87,500 or less if married filing separately), multiply line 36 by 26% (.26). Otherwise, multiply line 36 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result | | | 54 | |
| 55 | Enter the **smaller** of line 53 or line 54 here and on line 31. If you are filing Form 2555 or 2555-EZ, do not enter this amount on line 31. Instead, enter it on line 4 of the worksheet in the instructions | | | 55 | |

# Statement SBE
# Supplemental Business Expenses

**2007**

| Your name | Social security number | Business in which expenses were incurred |
|---|---|---|
| DANIEL T. PUCKETT | [redacted] | ACTIVE PARTNER IN KURPLUNCK |

**Part I** Business Expenses and Reimbursements

| STEP 1 Enter Your Expenses | | Column A Other Than Meals and Entertainment | Column B Meals and Entertainment |
|---|---|---|---|
| 1 Vehicle expense from line 22 or line 29 | 1 | | |
| 2 Parking fees, tolls, and transportation, including train, bus, etc., that **did not** involve overnight travel | 2 | | |
| 3 Travel expense while away from home overnight, including lodging, airplane, car rental, etc. **Do not** include meals and entertainment | 3 | | |
| 4 Business expenses not included on lines 1 through 3. **Do not** include meals and entertainment SEE STATEMENT 5 | 4 | 150. | |
| 5 Meals and entertainment expenses | 5 | | |
| 6 **Total expenses.** In Column A, add lines 1 through 4 and enter the result. In Column B, enter the amount from line 5 | 6 | 150. | |

**NOTE:** If you were not reimbursed for any expenses in Step 1, skip line 7 and enter the amount from line 6 on line 8.

| STEP 2 Reimbursements for Expenses Listed In STEP 1 | | | |
|---|---|---|---|
| 7 Enter amounts that were **not** reported to you in box 1 of Form W-2. Include any amount reported under code "L" in box 12 of your Form W-2 | 7 | | |

| STEP 3 Figure Expenses Subject to the Limitation | | | |
|---|---|---|---|
| 8 Subtract line 7 from line 6 | 8 | 150. | |
| 9 In Column A, enter the amount from line 8. In Column B, multiply the amount on line 8 by 50% (.50). (If zero or less, enter -0-) (If subject to the Department of Transportation (DOT) hours-of-service limits: Multiply by 75% (.75) instead of 50%) | 9 | 150. | |
| 10 Add the amounts on line 9 of both columns and enter the total here. These are your supplemental business expenses ▶ | 10 | | 150. |

712021
04-27-07

Statement SBE (2007) DANIEL T. PUCKETT Page 2

**Part II** Vehicle Expenses

**Section A. - General Information**

| | | | (a) Vehicle 1 | (b) Vehicle |
|---|---|---|---|---|
| 11 | Enter the date vehicle was placed in service | 11 | 07/01/02 | |
| 12 | Total miles vehicle was driven during 2007 | 12 | miles | miles |
| 13 | Business miles included on line 12 | 13 | miles | miles |
| 14 | Percent of business use. Divide line 13 by line 12 | 14 | 100.00 % | % |
| 15 | Average daily roundtrip commuting distance | 15 | miles | miles |
| 16 | Commuting miles included on line 12 | 16 | miles | miles |
| 17 | Other miles. Add lines 13 and 16 and subtract the total from line 12 | 17 | miles | miles |

18 Do you (or your spouse) have another vehicle available for personal use? [X] Yes [ ] No

19 Was your vehicle available for personal use during off-duty hours? [ ] Yes [X] No

20 Do you have evidence to support your deduction? [X] Yes [ ] No

21 If "Yes," is the evidence written? [X] Yes [ ] No

**Section B. - Standard Mileage Rate**

22 Multiply line 13 by 48.5¢ (.485) 22

**Section C. - Actual Expenses**

| | | | (a) Vehicle | | (b) Vehicle | |
|---|---|---|---|---|---|---|
| 23 | Gasoline, oil, repairs, vehicle insurance, etc. | 23 | | | | |
| 24a | Vehicle rentals | 24a | | | | |
| b | Inclusion amount | 24b | | | | |
| c | Subtract line 24b from line 24a | 24c | | | | |
| 25 | Value of employer-provided vehicle (applies only if 100% of annual lease value was included on Form W-2) | 25 | | | | |
| 26 | Add lines 23, 24c, and 25 | 26 | | | | |
| 27 | Multiply line 26 by the percentage on line 14 | 27 | | | | |
| 28 | Depreciation. Enter amount from line 38 below | 28 | | | | |
| 29 | Add lines 27 and 28. Enter total here and on line 1 | 29 | | | | |

**Section D. - Depreciation of Vehicles (Use this section only if you owned the vehicle and are completing Section C for the vehicle.)**

| | | | (a) Vehicle | | (b) Vehicle | |
|---|---|---|---|---|---|---|
| 30 | Enter cost or other basis | 30 | | | | |
| 31 | Enter section 179 deduction | 31 | | | | |
| 32 | Multiply line 30 by line 14 (see Form 2106 instructions if you claimed the section 179 deduction or special allowance) | 32 | | | | |
| 33 | Enter depreciation method and percentage | 33 | | | | |
| 34 | Multiply line 32 by the percentage on line 33 | 34 | | | | |
| 35 | Add lines 31 and 34 | 35 | | | | |
| 36 | Enter the limitation amount | 36 | | | | |
| 37 | Multiply line 36 by the percentage on line 14 | 37 | | | | |
| 38 | Enter the **smaller** of line 35 or line 37. If you skipped lines 36 and 37, enter the amount from line 35. Also enter this amount on line 28 above | 38 | | | | |

Form **8582**

Department of the Treasury
Internal Revenue Service (99)

# Passive Activity Loss Limitations

▶ See separate instructions.
▶ Attach to Form 1040 or Form 1041.

OMB No. 1545-1008

**2007**

Attachment Sequence No. 88

Name(s) shown on return: DANIEL T. PUCKETT

Identifying number: [redacted]

**Part I — 2007 Passive Activity Loss** Caution: *Complete Worksheets 1, 2, and 3 on page 2 before completing Part I.*

**Rental Real Estate Activities With Active Participation** (For the definition of active participation, see **Special Allowance for Rental Real Estate Activities** on page 3 of the instructions.)

| | | | | |
|---|---|---|---|---|
| 1a Activities with net income (enter the amount from Worksheet 1, column (a)) | 1a | | | |
| b Activities with net loss (enter the amount from Worksheet 1, column (b)) | 1b | -14,698. | | |
| c Prior years unallowed losses (enter the amount from Worksheet 1, column (c)) | 1c | -12,251. | | |
| d Combine lines 1a, 1b, and 1c | | | 1d | -26,949. |

**Commercial Revitalization Deductions From Rental Real Estate Activities**

| | | | | |
|---|---|---|---|---|
| 2a Commercial revitalization deductions from Worksheet 2, column (a) | 2a | | | |
| b Prior year unallowed commercial revitalization deductions from Worksheet 2, column (b) | 2b | | | |
| c Add lines 2a and 2b | | | 2c | |

**All Other Passive Activities**

| | | | | |
|---|---|---|---|---|
| 3a Activities with net income (enter the amount from Worksheet 3, column (a)) | 3a | | | |
| b Activities with net loss (enter the amount from Worksheet 3, column (b)) | 3b | | | |
| c Prior years unallowed losses (enter the amount from Worksheet 3, column (c)) | 3c | | | |
| d Combine lines 3a, 3b, and 3c | | | 3d | |
| 4 Combine lines 1d, 2c, and 3d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c, 2b, or 3c. **Do not** complete Form 8582. Report the losses on the forms and schedules normally used | | | 4 | -26,949. |

If line 4 is a loss and:
- Line 1d is a loss, go to Part II.
- Line 2c is a loss (and line 1d is zero or more), skip Part II and go to Part III.
- Line 3d is a loss (and lines 1d and 2c are zero or more), skip Parts II and III and go to line 15.

**Caution:** *If your filing status is married filing separately and you lived with your spouse at any time during the year,* **do not** *complete Part II or Part III. Instead, go to line 15.*

**Part II — Special Allowance for Rental Real Estate Activities With Active Participation**

**Note:** *Enter all numbers in Part II as positive amounts. See page 8 of the instructions for an example.*

| | | | | |
|---|---|---|---|---|
| 5 Enter the **smaller** of the loss on line 1d or the loss on line 4 | | | 5 | 26,949. |
| 6 Enter $150,000. If married filing separately, see the instructions | 6 | | | |
| 7 Enter modified adjusted gross income, but not less than zero (see the instr.) | 7 | | | |
| **Note:** *If line 7 is greater than or equal to line 6, skip lines 8 and 9, enter -0- on line 10. Otherwise, go to line 8.* | | | | |
| 8 Subtract line 7 from line 6 | 8 | | | |
| 9 Multiply line 8 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see the instructions | | | 9 | |
| 10 Enter the **smaller** of line 5 or line 9 | | | 10 | |

If line 2c is a loss, go to Part III. Otherwise, go to line 15.

**Part III — Special Allowance for Commercial Revitalization Deductions From Rental Real Estate Activities**

**Note:** *Enter all numbers in Part III as positive amounts. See the example for Part II on page 8 of the instructions.*

| | | |
|---|---|---|
| 11 Enter $25,000 reduced by the amount, if any, on line 10. If married filing separately, see instructions | 11 | |
| 12 Enter the loss from line 4 | 12 | |
| 13 Reduce line 12 by the amount on line 10 | 13 | |
| 14 Enter the smallest of line 2c (treated as a positive amount), line 11, or line 13 | 14 | |

**Part IV — Total Losses Allowed**

| | | |
|---|---|---|
| 15 Add the income, if any, on lines 1a and 3a and enter the total | 15 | |
| 16 **Total losses allowed from all passive activities for 2007.** Add lines 10, 14, and 15. See the instructions to find out how to report the losses on your tax return SEE STATEMENT 9 | 16 | 0. |

Form 8582 (2007) DANIEL T. PUCKETT [redacted] Page 2

**Caution:** *The worksheets must be filed with your tax return. Keep a copy for your records.*

**Worksheet 1 - For Form 8582, Lines 1a, 1b, and 1c** (See instructions.)

| Name of activity | Current year | | Prior years | Overall gain or loss | |
|---|---|---|---|---|---|
| | (a) Net income (line 1a) | (b) Net loss (line 1b) | (c) Unallowed loss (line 1c) | (d) Gain | (e) Loss |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | SEE ATTACHED STATEMENT FOR WORKSHEET 1 | | | | |
| Total. Enter on Form 8582, lines 1a, 1b, and 1c ▶ | | -14,698. | -12,251. | | |

**Worksheet 2 - For Form 8582, Lines 2a and 2b** (See instructions.)

| Name of activity | (a) Current year deductions (line 2a) | (b) Prior year unallowed deductions (line 2b) | (c) Overall loss |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| Total. Enter on Form 8582, lines 2a and 2b ▶ | | | |

**Worksheet 3 - For Form 8582, Lines 3a, 3b, and 3c** (See instructions.)

| Name of activity | Current year | | Prior years | Overall gain or loss | |
|---|---|---|---|---|---|
| | (a) Net income (line 3a) | (b) Net loss (line 3b) | (c) Unallowed loss (line 3c) | (d) Gain | (e) Loss |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total. Enter on Form 8582, lines 3a, 3b, and 3c ▶ | | | | | |

**Worksheet 4 - Use this worksheet if an amount is shown on Form 8582, line 10 or 14** (See instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Special allowance | (d) Subtract column (c) from column (a) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total ▶ | | | | | |

**Worksheet 5 - Allocation of Unallowed Losses** (See instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Unallowed loss |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | SEE ATTACHED STATEMENT FOR WORKSHEET 5 | | | |
| Total ▶ | | 26,949. | 1.000000000 | 26,949. |

719762 10-11-07

Form 8582 (2007)

Form 8582 (2007) DANIEL T. PUCKETT Page 3

**Worksheet 6 - Allowed Losses** (See instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Unallowed loss | (c) Allowed loss |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | SEE ATTACHED | STATEMENT | FOR WORKSHEET | 6 |
| Total ▶ | | 26,949. | 26,949. | |

**Worksheet 7 - Activities With Losses Reported on Two or More Forms or Schedules** (See instructions.)

| Name of Activity: | (a) | (b) | (c) Ratio | (d) Unallowed loss | (e) Allowed loss |
|---|---|---|---|---|---|
| Form or schedule and line number to be reported on (see instructions): | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule ▶ | | | | | |
| b Net income from form or schedule ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Form or schedule and line number to be reported on (see instructions): | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule ▶ | | | | | |
| b Net income from form or schedule ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Form or schedule and line number to be reported on (see instructions): | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule ▶ | | | | | |
| b Net income from form or schedule ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Total ▶ | | | | | |

ALTERNATIVE MINIMUM TAX

Form **8582**

Department of the Treasury
Internal Revenue Service (99)

# Passive Activity Loss Limitations

▶ See separate instructions.
▶ Attach to Form 1040 or Form 1041.

OMB No. 1545-1008
**2007**
Attachment Sequence No. 88

Name(s) shown on return: DANIEL T. PUCKETT

Identifying number: [redacted]

**Part I — 2007 Passive Activity Loss** Caution: *Complete Worksheets 1, 2, and 3 on page 2 before completing Part I.*

**Rental Real Estate Activities With Active Participation** (For the definition of active participation, see **Special Allowance for Rental Real Estate Activities** on page 3 of the instructions.)

| Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|
| 1a | Activities with net income (enter the amount from Worksheet 1, column (a)) | 1a | | | |
| b | Activities with net loss (enter the amount from Worksheet 1, column (b)) | 1b | -14,698. | | |
| c | Prior years unallowed losses (enter the amount from Worksheet 1, column (c)) | 1c | -12,251. | | |
| d | Combine lines 1a, 1b, and 1c | | | 1d | -26,949. |

**Commercial Revitalization Deductions From Rental Real Estate Activities**

| Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|
| 2a | Commercial revitalization deductions from Worksheet 2, column (a) | 2a | | | |
| b | Prior year unallowed commercial revitalization deductions from Worksheet 2, column (b) | 2b | | | |
| c | Add lines 2a and 2b | | | 2c | |

**All Other Passive Activities**

| Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|
| 3a | Activities with net income (enter the amount from Worksheet 3, column (a)) | 3a | | | |
| b | Activities with net loss (enter the amount from Worksheet 3, column (b)) | 3b | | | |
| c | Prior years unallowed losses (enter the amount from Worksheet 3, column (c)) | 3c | | | |
| d | Combine lines 3a, 3b, and 3c | | | 3d | |
| 4 | Combine lines 1d, 2c, and 3d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c, 2b, or 3c. **Do not** complete Form 8582. Report the losses on the forms and schedules normally used | | | 4 | -26,949. |

If line 4 is a loss and:
- Line 1d is a loss, go to Part II.
- Line 2c is a loss (and line 1d is zero or more), skip Part II and go to Part III.
- Line 3d is a loss (and lines 1d and 2c are zero or more), skip Parts II and III and go to line 15.

**Caution:** *If your filing status is married filing separately and you lived with your spouse at any time during the year,* **do not** *complete Part II or Part III. Instead, go to line 15.*

**Part II — Special Allowance for Rental Real Estate Activities With Active Participation**

**Note:** *Enter all numbers in Part II as positive amounts. See page 8 of the instructions for an example.*

| Line | Description | Box | Amount | Line | Amount |
|---|---|---|---|---|---|
| 5 | Enter the **smaller** of the loss on line 1d or the loss on line 4 | | | 5 | 26,949. |
| 6 | Enter $150,000. If married filing separately, see the instructions | 6 | | | |
| 7 | Enter modified adjusted gross income, but not less than zero (see the instr.) | 7 | | | |
| | **Note:** *If line 7 is greater than or equal to line 6, skip lines 8 and 9, enter -0- on line 10. Otherwise, go to line 8.* | | | | |
| 8 | Subtract line 7 from line 6 | 8 | | | |
| 9 | Multiply line 8 by 50% (.5). Do not enter more than $25,000. If married filing separately, see the instructions | | | 9 | |
| 10 | Enter the **smaller** of line 5 or line 9 | | | 10 | |

If line 2c is a loss, go to Part III. Otherwise, go to line 15.

**Part III — Special Allowance for Commercial Revitalization Deductions From Rental Real Estate Activities**

**Note:** *Enter all numbers in Part III as positive amounts. See the example for Part II on page 8 of the instructions.*

| Line | Description | Line | Amount |
|---|---|---|---|
| 11 | Enter $25,000 reduced by the amount, if any, on line 10. If married filing separately, see instructions | 11 | |
| 12 | Enter the loss from line 4 | 12 | |
| 13 | Reduce line 12 by the amount on line 10 | 13 | |
| 14 | Enter the **smallest** of line 2c (treated as a positive amount), line 11, or line 13 | 14 | |

**Part IV — Total Losses Allowed**

| Line | Description | Line | Amount |
|---|---|---|---|
| 15 | Add the income, if any, on lines 1a and 3a and enter the total | 15 | |
| 16 | **Total losses allowed from all passive activities for 2007.** Add lines 10, 14, and 15. See the instructions to find out how to report the losses on your tax return SEE STATEMENT 13 | 16 | 0. |

LHA 719761/10-11-07 **For Paperwork Reduction Act Notice, see separate instructions.** Form 8582 (2007)

ALTERNATIVE MINIMUM TAX

Form 8582 (2007) DANIEL T. PUCKETT [redacted] Page 2

**Caution:** *The worksheets must be filed with your tax return. Keep a copy for your records.*

**Worksheet 1 - For Form 8582, Lines 1a, 1b, and 1c** (See instructions.)

| Name of activity | Current year | | Prior years | Overall gain or loss | |
|---|---|---|---|---|---|
| | (a) Net income (line 1a) | (b) Net loss (line 1b) | (c) Unallowed loss (line 1c) | (d) Gain | (e) Loss |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | SEE ATTACHED STATEMENT FOR WORKSHEET 1 | | | | |
| Total. Enter on Form 8582, lines 1a, 1b, and 1c ▶ | | -14,698. | -12,251. | | |

**Worksheet 2 - For Form 8582, Lines 2a and 2b** (See instructions.)

| Name of activity | (a) Current year deductions (line 2a) | (b) Prior year unallowed deductions (line 2b) | (c) Overall loss |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| Total. Enter on Form 8582, lines 2a and 2b ▶ | | | |

**Worksheet 3 - For Form 8582, Lines 3a, 3b, and 3c** (See instructions.)

| Name of activity | Current year | | Prior years | Overall gain or loss | |
|---|---|---|---|---|---|
| | (a) Net income (line 3a) | (b) Net loss (line 3b) | (c) Unallowed loss (line 3c) | (d) Gain | (e) Loss |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total. Enter on Form 8582, lines 3a, 3b, and 3c ▶ | | | | | |

**Worksheet 4 - Use this worksheet if an amount is shown on Form 8582, line 10 or 14** (See instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Special allowance | (d) Subtract column (c) from column (a) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total ▶ | | | | | |

**Worksheet 5 - Allocation of Unallowed Losses** (See instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Unallowed loss |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | SEE ATTACHED STATEMENT FOR WORKSHEET 5 | | | |
| Total ▶ | | 26,949. | 1.000000000 | 26,949. |

ALTERNATIVE MINIMUM TAX

Form 8582 (2007) DANIEL T. PUCKETT [redacted] Page 3

**Worksheet 6 - Allowed Losses** (See instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Unallowed loss | (c) Allowed loss |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | SEE ATTACHED | STATEMENT F | OR WORKSHEET | 6 |
| Total ▶ | | 26,949. | 26,949. | |

**Worksheet 7 - Activities With Losses Reported on Two or More Forms or Schedules** (See instructions.)

| Name of Activity: | (a) | (b) | (c) Ratio | (d) Unallowed loss | (e) Allowed loss |
|---|---|---|---|---|---|
| Form or schedule and line number to be reported on (see instructions): | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule ▶ | | | | | |
| b Net income from form or schedule ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Form or schedule and line number to be reported on (see instructions): | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule ▶ | | | | | |
| b Net income from form or schedule ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Form or schedule and line number to be reported on (see instructions): | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule ▶ | | | | | |
| b Net income from form or schedule ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Total ▶ | | | | | |

DANIEL T. PUCKETT

FORM 1040 — STATE AND LOCAL INCOME TAX REFUNDS — STATEMENT 1

| | 2006 | 2005 | 2004 |
| --- | --- | --- | --- |
| | ILLINOIS | | |
| GROSS STATE/LOCAL INC TAX REFUNDS | 1,167. | | |
| LESS: TAX PAID IN FOLLOWING YEAR | | | |
| NET TAX REFUNDS ILLINOIS | 1,167. | | |
| TOTAL NET TAX REFUNDS | 1,167. | | |

DANIEL T. PUCKETT

FORM 1040 TAXABLE STATE AND LOCAL INCOME TAX REFUNDS STATEMENT 2

| | 2006 | 2005 | 2004 |
|---|---|---|---|
| NET TAX REFUNDS FROM STATE AND LOCAL INCOME TAX REFUNDS STMT. | 1,167. | | |
| LESS:REFUNDS-NO BENEFIT DUE TO AMT -SALES TAX BENEFIT REDUCTION | | | |
| 1 NET REFUNDS FOR RECALCULATION | 1,167. | | |
| 2 TOTAL ITEMIZED DEDUCTIONS BEFORE PHASEOUT | 1,910. | | |
| 3 DEDUCTION NOT SUBJ TO PHASEOUT | | | |
| 4 NET REFUNDS FROM LINE 1 | 1,167. | | |
| 5 LINE 2 MINUS LINES 3 AND 4 | 743. | | |
| 6 MULTIPLY LINE 5 BY 80% (.80) | 594. | | |
| 7 PRIOR YEAR AGI | 12,720. | | |
| 8 ITEM. DED. PHASEOUT THRESHOLD | 75,250. | | |
| 9 SUBTRACT LINE 8 FROM LINE 7 (IF ZERO OR LESS, SKIP LINES 10 THROUGH 15, AND ENTER AMOUNT FROM LINE 1 ON LINE 16) | -62,530. | | |
| 10 MULTIPLY LINE 9 BY 3% (.03) | | | |
| 11 ALLOWABLE ITEMIZED DEDUCTIONS (LINE 5 LESS THE LESSER OF LINE 6 OR LINE 10) | | | |
| 12 ITEM DED. NOT SUBJ TO PHASEOUT | | | |
| 13A TOTAL ADJ. ITEMIZED DEDUCTIONS | | | |
| 13B PRIOR YR. STD. DED. AVAILABLE | | | |
| 14 PRIOR YR. ALLOWABLE ITEM. DED. | | | |
| 15 SUBTRACT THE GREATER OF LINE 13A OR LINE 13B FROM LINE 14 | | | |
| 16 TAXABLE REFUNDS (LESSER OF LINE 15 OR LINE 1) | 1,167. | | |
| 17 ALLOWABLE PRIOR YR. ITEM. DED. | 1,910. | | |
| 18 PRIOR YEAR STD. DED. AVAILABLE | | | |
| 19 SUBTRACT LINE 18 FROM LINE 17 | 1,910. | | |
| 20 LESSER OF LINE 16 OR LINE 19 | 1,167. | | |
| 21 PRIOR YEAR TAXABLE INCOME | 7,510. | | |

| | |
|---|---|
| 22 AMOUNT TO INCLUDE ON FORM 1040, LINE 10<br>* IF LINE 21 IS -0- OR MORE, USE AMOUNT FROM LINE 20<br>* IF LINE 21 IS A NEGATIVE AMOUNT, NET LINES 20 AND 21 | 1,167. |
| STATE AND LOCAL INCOME TAX REFUNDS PRIOR TO 2004 | |
| TOTAL TO FORM 1040, LINE 10 | 1,167. |

DANIEL T. PUCKETT

| FORM 1040 | WAGES RECEIVED AND TAXES WITHHELD | STATEMENT 3 |
|---|---|---|

| T S | EMPLOYER'S NAME | AMOUNT PAID | FEDERAL TAX WITHHELD | STATE TAX WITHHELD | CITY SDI TAX W/H | FICA TAX | MEDICARE TAX |
|---|---|---|---|---|---|---|---|
| T | KURPLUNK DBA ROCKFORD SKI RACK | 49,828. | 8,088. | 1,467. | | 3,089. | 682. |
| | TOTALS | 49,828. | 8,088. | 1,467. | | 3,089. | 682. |

| SCHEDULE E | OTHER EXPENSES | STATEMENT 4 |
|---|---|---|

HOUSE - 419 WHITMAN STREET

| DESCRIPTION | AMOUNT |
|---|---|
| OUTSIDE CONTRACT LABOR | 700. |
| TOTAL TO SCHEDULE E, PAGE 1, LINE 18 | 700. |

| FORM 2106/SBE | OTHER BUSINESS EXPENSES | STATEMENT 5 |
|---|---|---|

ACTIVE PARTNER IN KURPLUNCK

| DESCRIPTION | AMOUNT |
|---|---|
| DEPRECIATION | 150. |
| TOTAL TO FORM 2106/SBE, PART I, LINE 4 | 150. |

| FORM 8582 | ACTIVE RENTAL OF REAL ESTATE - WORKSHEET 1 | STATEMENT 6 |
|---|---|---|

| NAME OF ACTIVITY | CURRENT YEAR NET INCOME | CURRENT YEAR NET LOSS | PRIOR YEAR UNALLOWED LOSS | OVERALL GAIN OR LOSS GAIN | OVERALL GAIN OR LOSS LOSS |
|---|---|---|---|---|---|
| HOUSE - 419 WHITMAN STREET | 0. | -14,698. | -12,251. | | -26,949. |
| TOTALS | 0. | -14,698. | -12,251. | | -26,949. |

STATEMENT(S) 3, 4, 5, 6

DANIEL T. PUCKETT

FORM 8582          ALLOCATION OF UNALLOWED LOSSES - WORKSHEET 5      STATEMENT      7

| NAME OF ACTIVITY | FORM OR SCHEDULE | LOSS | RATIO | UNALLOWED LOSS |
|---|---|---|---|---|
| HOUSE - 419 WHITMAN STREET | SCH E | 26,949. | 1.000000000 | 26,949. |
| TOTALS | | 26,949. | 1.000000000 | 26,949. |

FORM 8582               ALLOWED LOSSES - WORKSHEET 6               STATEMENT      8

| NAME OF ACTIVITY | FORM OR SCHEDULE | LOSS | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|
| HOUSE - 419 WHITMAN STREET | SCH E | 26,949. | 26,949. | |
| TOTALS | | 26,949. | 26,949. | |

FORM 8582               SUMMARY OF PASSIVE ACTIVITIES               STATEMENT      9

| R R E A | NAME | FORM OR SCHEDULE | GAIN/LOSS | PRIOR YEAR C/O | NET GAIN/LOSS | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|---|---|---|
| X | HOUSE - 419 WHITMAN STREET | SCH E | -14,698. | -12,251. | -26,949. | 26,949. | |
| | TOTALS | | -14,698. | -12,251. | -26,949. | 26,949. | |

PRIOR YEAR CARRYOVERS ALLOWED DUE TO CURRENT YEAR NET ACTIVITY INCOME

TOTAL TO FORM 8582, LINE 16

DANIEL T. PUCKETT

FORM 8582 — ALTERNATIVE MINIMUM TAX — STATEMENT 10
ACTIVE RENTAL OF REAL ESTATE - WORKSHEET 1

| NAME OF ACTIVITY | CURRENT YEAR NET INCOME | CURRENT YEAR NET LOSS | PRIOR YEAR UNALLOWED LOSS | OVERALL GAIN OR LOSS GAIN | OVERALL GAIN OR LOSS LOSS |
|---|---|---|---|---|---|
| HOUSE - 419 WHITMAN STREET | 0. | -14,698. | -12,251. | | -26,949. |
| TOTALS | 0. | -14,698. | -12,251. | | -26,949. |

FORM 8582 — ALTERNATIVE MINIMUM TAX — STATEMENT 11
ALLOCATION OF UNALLOWED LOSSES - WORKSHEET 5

| NAME OF ACTIVITY | FORM OR SCHEDULE | LOSS | RATIO | UNALLOWED LOSS |
|---|---|---|---|---|
| HOUSE - 419 WHITMAN STREET | SCH E | 26,949. | 1.000000000 | 26,949. |
| TOTALS | | 26,949. | 1.000000000 | 26,949. |

FORM 8582 — ALTERNATIVE MINIMUM TAX — STATEMENT 12
ALLOWED LOSSES - WORKSHEET 6

| NAME OF ACTIVITY | FORM OR SCHEDULE | LOSS | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|
| HOUSE - 419 WHITMAN STREET | SCH E | 26,949. | 26,949. | |
| TOTALS | | 26,949. | 26,949. | |

DANIEL T. PUCKETT

FORM 8582AMT            SUMMARY OF PASSIVE ACTIVITIES - AMT          STATEMENT   13

| R R E A | NAME | FORM OR SCHEDULE | GAIN/LOSS | PRIOR YEAR C/O | NET GAIN/LOSS | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|---|---|---|
| X | HOUSE - 419 WHITMAN STREET | SCH E | -14,698. | -12,251. | -26,949. | 26,949. | |
| | TOTALS | | -14,698. | -12,251. | -26,949. | 26,949. | |

PRIOR YEAR CARRYOVERS ALLOWED DUE TO CURRENT YEAR NET ACTIVITY INCOME

TOTAL TO FORM 8582AMT, LINE 16

Illinois Department of Revenue
**2007 Form IL-1040**
tax.illinois.gov **Individual Income Tax Return** or for fiscal year ending ___/08

Do not write above this line.

**Step 1: Personal Information**

DANIEL T. PUCKETT

1975 PAWLISCH DR.
ROCKFORD, IL 61112

**C** Filing status (see instructions)
☐ Single or head of household ☐ Married filing jointly ☒ Married filing separately ☐ Widowed

**Step 2: Income**

| | | | |
|---|---|---|---|
| **1** | Federal adjusted gross income from your U.S. 1040, Line 37; U.S. 1040A, Line 21; or U.S. 1040EZ, Line 4. | 1 | 21,839. |
| **2** | Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b; or U.S. 1040EZ. | 2 | |
| **3** | Other additions to your income. **Attach** Schedule M. | 3 | |
| **4** | Add Lines 1 through 3. This is your total income. | 4 | 21,839. |

**Step 3: Base Income**

| | | | | | |
|---|---|---|---|---|---|
| **5** | Income received from Social Security benefits and certain retirement plans if included in Step 2, Line 1. **Attach** federal page 1. | 5 | | | |
| **6** | Military pay earned if included in Step 2, Line 1. **Attach** military W-2. | 6 | | | |
| **7** | Illinois Income Tax overpayment included in U.S. 1040, Line 10 | 7 | 1,167. | | |
| **8** | U.S. Treasury bonds, bills, notes, savings bonds, and U.S. agency interest from U.S. 1040, Schedule B, or U.S. 1040A, Schedule 1 | 8 | | | |
| **9** | Other subtractions to your income. **Attach** Schedule M. Check if Line 9 includes any amount from Schedule 1299-C ☐ | 9 | | | |
| **10** | Add Lines 5 through 9. This is the total of your subtractions. | | | 10 | 1,167. |
| **11** | Subtract Line 10 from Line 4. This is your Illinois **base income.** | | | 11 | 20,672. |

**Step 4: Exemptions**

See instructions before completing Line 12.

| | | | | | | |
|---|---|---|---|---|---|---|
| **12 a** | Number of exemptions from your federal return. | 1 | x $2,000 | a | 2,000. | |
| **b** | If someone else claimed or could have claimed you or your spouse as a dependent on their return, see instructions to figure the number to write here. | ___ | x $2,000 | b | | |
| **c** | Check if 65 or older: ☐ You + ☐ Spouse = | ___ | x $1,000 | c | | |
| **d** | Check if legally blind: ☐ You + ☐ Spouse = | ___ | x $1,000 | d | | |
| | Add Lines a through d. This is your total Illinois exemption allowance. | | | | 12 | 2,000. |

**Step 5: Net Income**

**13** **Residents only:** Subtract Line 12 from Line 11. This is your net income. *Skip Line 14.* — 13 — 18,672.

**14** **Nonresidents and part-year residents only:** Check the box that applies to you during 2007 ☐ Nonresident ☐ Part-year resident, and write the Illinois base income from Sch. NR. **Attach** Sch. NR. — 14 ______

COPY

**Step 6: Tax**

**15** **Residents:** Multiply Line 13 by 3% (.03). Write the result here. This is your tax. **Nonresidents and part-year residents:** Write the tax from Schedule NR. **This amount may not be less than zero.** — 15 — 560.

Staple W-2 and 1099 forms here

Staple your check here

IL-1040 page 1 (R-12/07)
**ID: 3021**
749001 12-19-07

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center. IL-492-0065

DANIEL T. PUCKETT

16 Tax amount from Page 1, Step 6, Line 15 — 16 560.

**Step 7: Payments and Credits**

17 Illinois Income Tax withheld. **Attach** W-2 and 1099 forms. — 17 1,467.

18 Estimated payments from Forms IL-505-I and IL-1040-ES, including overpayment applied from Line 31 of your 2006 return — 18

Nonresidents may not claim a credit on Lines 19, 20, or 21.

The total of Lines 19, 20b, and 21b may not exceed the tax amount on Line 16.

19 Income tax paid to another state while an Illinois resident. **Attach** Schedule CR and other states' returns. — 19

20 Illinois Property Tax credit. **Complete PT Worksheet in instructions.**
PT Worksheet Line 3 amount — 20a
PT Worksheet Line 8 amount — 20b

21 K-12 education expense credit. **Complete ED Worksheet in instructions or Schedule ED. Attach** receipt or Schedule ED.
ED Worksheet or Schedule ED Line 1 amount — 21a
ED Worksheet or Schedule ED Line 10 amount — 21b

22 Earned Income Credit. **Complete EIC Worksheet in instructions.**
EIC Worksheet Line 1 amount — 22a
EIC Worksheet Line 4 amount — 22b

23 Income tax credit amount from Schedule 1299-C. **Attach** Schedule 1299-C. — 23

24 Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is the total of your payments and credits. — 24 1,467.

**Step 8: Overpayment or Tax Due**

25 If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your **overpayment.** — 25 907.

26 If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your **tax due.** — 26

**Step 9: Penalty**

27 Late-payment penalty for underpayment of estimated tax. — 27

a Check if you annualized your income on Form IL-2210, Step 6, or if you are 65 or older and permanently living in a nursing home. **Attach** Form IL-2210. ☐

b Check if at least two-thirds of your federal gross income is from farming. ☐

**Step 10: Donations** **Any donation will reduce your refund or increase the amount you owe**

28 Amount you wish to donate to one or more of the following voluntary contribution funds:

MAKE "GIVING" EASY!

| | | | | | |
|---|---|---|---|---|---|
| Wildlife a | | Breast Cancer e | | Diabetes i | |
| Child Abuse b | | Multiple Sclerosis f | | Autoimmune j | |
| Alzheimer's c | | Military Family g | | Lung Cancer k | |
| Homeless d | | IL Veterans' Home h | | | |

Add Lines a through k. This is your donations total. — 28

29 Add Line 27 and Line 28. This is your total penalty and donations. — 29

**Step 11: Refund or Amount You Owe**

30 If you have an overpayment on Line 25 and this amount is greater than Line 29, subtract Line 29 from Line 25. — 30 907.

31 **Amount from Line 30 that you want applied to 2008 estimated tax** — 31

32 Subtract Line 31 from Line 30. This is your **refund.** — 32 907.

**Direct Deposit**

33 Complete to direct deposit your refund.
Routing number 071900456 [X] Checking or ☐ Savings
Account number 7954720

See instructions for payment options.

34 If you have tax due on Line 26, add Lines 26 and 29. **or**
If you have an overpayment on Line 25 and this amount is less than Line 29, subtract Line 25 from Line 29. This is the **amount you owe.** — 34

**Step 12: Sign and Date**

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

Your signature Date | Daytime phone number | Your spouse's signature Date

Paid preparer's signature Date | 815-961-8600 Preparer's phone number | P00011067 Preparer's FEIN, SSN, or PTIN

COPY

**If no payment is enclosed, mail to:**
**ILLINOIS DEPARTMENT OF REVENUE**
**SPRINGFIELD IL 62719-0001**

**If payment enclosed, mail to:**
**ILLINOIS DEPARTMENT OF REVENUE**
**SPRINGFIELD IL 62726-0001**

749002
12-19-07

ID: 3021

 DR ______ AP ______ CA DE EV ME MO PR RM RR TT TV WA WT WV ZZ ID ______

1

651107

**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

For calendar year 2007, or tax year beginning ______ ending ______

# 2007

☐ Final K-1 ☐ Amended K-1 OMB No. 1545-0099

## Partner's Share of Income, Deductions, Credits, etc.

▶ See separate instructions.

### Part I Information About the Partnership

**A** Partnership's employer identification number
36-4246316

**B** Partnership's name, address, city, state, and ZIP code
KURPLUNK, LLC
1975 PAWLISCH DRIVE
ROCKFORD, IL 61112

**C** IRS Center where partnership filed return
CINCINNATI, OH

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II Information About the Partner

**E** Partner's identifying number
[redacted]

**F** Partner's name, address, city, state, and ZIP code
DANIEL T PUCKETT
C/O ROCKFORD SKI RACK
1975 PAWLISCH DRIVE
ROCKFORD, IL 61112

**G** ☐ General partner or LLC member-manager [X] Limited partner or other LLC member

**H** [X] Domestic partner ☐ Foreign partner

**I** What type of entity is this partner? INDIVIDUAL

UNITS: 285 OUT OF 795

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 35.8490566% | 35.8490566% |
| Loss | 35.8490566% | 35.8490566% |
| Capital | 35.8490566% | 35.8490566% |

**K** Partner's share of liabilities at year end:

| | |
|---|---|
| Nonrecourse | $ |
| Qualified nonrecourse financing | $ |
| Recourse | $ 126,358. |

**L** Partner's capital account analysis:

| | |
|---|---|
| Beginning capital account | $ -28,810. |
| Capital contributed during the year | $ 8,827. |
| Current year increase (decrease) | $ -29,154. |
| Withdrawals & distributions | $( ) |
| Ending capital account | $ -49,137. |

[X] Tax basis ☐ GAAP ☐ Section 704(b) book
☐ Other (explain)

### Part III Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| Item | Code | Amount |
|---|---|---|
| 1 Ordinary business income (loss) | | -29,006. |
| 2 Net rental real estate income (loss) | | |
| 3 Other net rental income (loss) | | |
| 4 Guaranteed payments | | |
| 5 Interest income | | |
| 6a Ordinary dividends | | |
| 6b Qualified dividends | | |
| 7 Royalties | | |
| 8 Net short-term capital gain (loss) | | |
| 9a Net long-term capital gain (loss) | | |
| 9b Collectibles (28%) gain (loss) | | |
| 9c Unrecaptured sec 1250 gain | | |
| 10 Net section 1231 gain (loss) | | |
| 11 Other income (loss) | | |
| 12 Section 179 deduction | | |
| 13 Other deductions | | |
| 14 Self-employment earnings (loss) | A | 0. |
| 15 Credits | | |
| 16 Foreign transactions | | |
| 17 Alternative min tax (AMT) items | A | -128. |
| 18 Tax-exempt income and nondeductible expenses | C* | 148. |
| 19 Distributions | | |
| 20 Other information | | |

*See attached statement for additional information.

For IRS Use Only

JWA For Paperwork Reduction Act Notice, see Instructions for Form 1065. Schedule K-1 (Form 1065) 2007

711261
12-31-07

KURPLUNK, LLC

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 18, CODE C | |
|---|---|---|
| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | NONDEDUCTIBLE PORTION | 148. |
| TOTAL TO SCHEDULE K-1, BOX 18, CODE C | | 148. |

| SCHEDULE K-1 | CURRENT YEAR INCREASES (DECREASES) | |
|---|---|---|
| DESCRIPTION | AMOUNT | TOTALS |
| ORDINARY INCOME (LOSS) | -29,006. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | -29,006. |
| NONDEDUCTIBLE EXPENSES | -148. | |
| OTHER INCREASES OR DECREASES SUBTOTAL | | -148. |
| TOTAL TO SCHEDULE K-1, ITEM L | | -29,154. |

PARTNER NUMBER 1

1

**This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.**

1. Ordinary business income (loss). You must first determine whether the income (loss) is passive or nonpassive. Then enter on your return as follows:

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |
| 2. Net rental real estate income (loss) | See the Partner's Instructions |
| 3. Other net rental income (loss) | |
| Net income | Schedule E, line 28, column (g) |
| Net loss | See the Partner's Instructions |
| 4. Guaranteed payments | Schedule E, line 28, column (j) |
| 5. Interest income | Form 1040, line 8a |
| 6a. Ordinary dividends | Form 1040, line 9a |
| 6b. Qualified dividends | Form 1040, line 9b |
| 7. Royalties | Schedule E, line 4 |
| 8. Net short-term capital gain (loss) | Schedule D, line 5, column (f) |
| 9a. Net long-term capital gain (loss) | Schedule D, line 12, column (f) |
| 9b. Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D instructions) |
| 9c. Unrecaptured section 1250 gain | See the Partner's Instructions |
| 10. Net section 1231 gain (loss) | See the Partner's Instructions |
| 11. Other income (loss) | |
| Code | |
| A Other portfolio income (loss) | See the Partner's Instructions |
| B Involuntary conversions | See the Partner's Instructions |
| C Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D Mining exploration costs recapture | See Pub. 535 |
| E Cancellation of debt | Form 1040, line 21 or Form 982 |
| F Other income (loss) | See the Partner's Instructions |
| 12. Section 179 deduction | See the Partner's Instructions |
| 13. Other deductions | |
| A Cash contributions (50%) | See the Partner's Instructions |
| B Cash contributions (30%) | See the Partner's Instructions |
| C Noncash contributions (50%) | See the Partner's Instructions |
| D Noncash contributions (30%) | See the Partner's Instructions |
| E Capital gain property to a 50% organization (30%) | See the Partner's Instructions |
| F Capital gain property (20%) | See the Partner's Instructions |
| G Investment interest expense | Form 4952, line 1 |
| H Deductions - royalty income | Schedule E, line 18 |
| I Section 59(e)(2) expenditures | See the Partner's Instructions |
| J Deductions - portfolio (2% floor) | Schedule A, line 23 |
| K Deductions - portfolio (other) | Schedule A, line 28 |
| L Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| M Educational assistance benefits | See the Partner's Instructions |
| N Dependent care benefits | Form 2441, line 14 |
| O Preproductive period expenses | See the Partner's Instructions |
| P Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| Q Pensions and IRAs | See the Partner's Instructions |
| R Reforestation expense deduction | See the Partner's Instructions |
| S Domestic production activities information | See Form 8903 instructions |
| T Qualified production activities income | Form 8903, line 7 |
| U Employer's Form W-2 wages | Form 8903, line 15 |
| V Other deductions | See the Partner's Instructions |

14. Self-employment earnings (loss)

Note: If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | |
|---|---|
| A Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| B Gross farming or fishing income | See the Partner's Instructions |
| C Gross non-farm income | See the Partner's Instructions |
| 15. Credits | |
| A Low-income housing credit (section 42(j)(5)) | See the Partner's Instructions |
| B Low-income housing credit (other) | See the Partner's Instructions |
| C Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions |
| D Other rental real estate credits | See the Partner's Instructions |
| E Other rental credits | See the Partner's Instructions |
| F Undistributed capital gains credit | Form 1040, line 70; check box a |
| G Credit for alcohol used as fuel | |
| H Work opportunity credit | See the Partner's Instructions |
| I Welfare-to-work credit | See the Partner's Instructions |
| J Disabled access credit | See the Partner's Instructions |

| Code | Report on |
|---|---|
| K Empowerment zone and renewal community employment credit | Form 8844, line 3 |
| L Credit for increasing research activities | See the Partner's Instructions |
| M New markets credit | See the Partner's Instructions |
| N Credit for employer social security and Medicare taxes | See the Partner's Instructions |
| O Backup withholding | Form 1040, line 64 |
| P Other credits | See the Partner's Instructions |
| 16. Foreign transactions | |
| A Name of country or U.S. possession | Form 1116, Part I |
| B Gross income from all sources | Form 1116, Part I |
| C Gross income sourced at partner level | Form 1116, Part I |
| Foreign gross income sourced at partnership level | |
| D Passive category | Form 1116, Part I |
| E General category | Form 1116, Part I |
| F Other | Form 1116, Part I |
| Deductions allocated and apportioned to partner level | |
| G Interest expense | Form 1116, Part I |
| H Other | Form 1116, Part I |
| Deductions allocated and apportioned at partnership level to foreign source income | |
| I Passive category | Form 1116, Part I |
| J General category | Form 1116, Part I |
| K Other | Form 1116, Part I |
| Other information | |
| L Total foreign taxes paid | Form 1116, Part II |
| M Total foreign taxes accrued | Form 1116, Part II |
| N Reduction in taxes available for credit | Form 1116, line 12 |
| O Foreign trading gross receipts | Form 8873 |
| P Extraterritorial income exclusion | Form 8873 |
| Q Other foreign transactions | See the Partner's Instructions |
| 17. Alternative minimum tax (AMT) items | |
| A Post-1986 depreciation adjustment | See the Partner's Instructions and the Instructions for Form 6251 |
| B Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| C Depletion (other than oil & gas) | See the Partner's Instructions and the Instructions for Form 6251 |
| D Oil, gas, & geothermal - gross income | See the Partner's Instructions and the Instructions for Form 6251 |
| E Oil, gas, & geothermal - deductions | See the Partner's Instructions and the Instructions for Form 6251 |
| F Other AMT items | See the Partner's Instructions and the Instructions for Form 6251 |
| 18. Tax-exempt income and nondeductible expenses | |
| A Tax-exempt interest income | Form 1040, line 8b |
| B Other tax-exempt income | See the Partner's Instructions |
| C Nondeductible expenses | See the Partner's Instructions |
| 19. Distributions | |
| A Cash and marketable securities | See the Partner's Instructions |
| B Other property | See the Partner's Instructions |
| 20. Other information | |
| A Investment income | Form 4952, line 4a |
| B Investment expenses | Form 4952, line 5 |
| C Fuel tax credit information | Form 4136 |
| D Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E Basis of energy property | See the Partner's Instructions |
| F Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H Recapture of investment credit | Form 4255 |
| I Recapture of other credits | See the Partner's Instructions |
| J Look-back interest - completed long-term contracts | Form 8697 |
| K Look-back interest - income forecast method | Form 8866 |
| L Dispositions of property with section 179 deductions | See the Partner's Instructions |
| M Recapture of section 179 deduction | See the Partner's Instructions |
| N Interest expense for corporate partners | See the Partner's Instructions |
| O Section 453(l)(3) information | See the Partner's Instructions |
| P Section 453A(c) information | See the Partner's Instructions |
| Q Section 1260(b) information | See the Partner's Instructions |
| R Interest allocable to production expenditures | See the Partner's Instructions |
| S CCF nonqualified withdrawals | See the Partner's Instructions |
| T Information needed to figure depletion - oil and gas | See the Partner's Instructions |
| U Amortization of reforestation costs | See the Partner's Instructions |
| V Unrelated business taxable income | See the Partner's Instructions |
| W Other information | See the Partner's Instructions |

711262
12-31-07 JWA

Illinois Department of Reve...e

**Schedule K-1-P**

**Partner's or Shareholder's Share of Income, Deductions, Credits, and Recapture**

Year ending 12 07
Month Year

To be completed by partnerships filing Form IL-1065 or S corporations filing Form IL-1120-ST

Partners and Shareholders receiving Schedule K-1-P should attach this to their Illinois tax return.

IL Attachment No. 10

## Step 1: Identify your partnership or S corporation

1 Check your business type [X] partnership [ ] S corporation

3 36-4246316
Write your federal employer identification number (FEIN).

2 KURPLUNK, LLC
Write your name as shown on your Form IL-1065 or Form IL-1120-ST.

4 Write the apportionment factor from Step 6, Line 43, of Form IL-1065 or Form IL-1120-ST; otherwise write "1." 1.000000

## Step 2: Identify your partner or shareholder

5 DANIEL T PUCKETT
C/O ROCKFORD SKI RACK
Name

7 [redacted]
Social Security number or FEIN

6 1975 PAWLISCH DRIVE
Mailing address

8 35.8490566
Share (%)

ROCKFORD, IL 61112
City State ZIP

9 Check the appropriate box
[X] individual [ ] corporation [ ] trust
[ ] partnership [ ] S corporation [ ] estate

## Step 3: Figure your partner's or shareholder's share of your nonbusiness income

| | | A Member's share (see instructions) | B Nonresident member's share allocable to Illinois |
|---|---|---|---|
| 10 Interest | 10 | | |
| 11 Dividends | 11 | | |
| 12 Rental income | 12 | | |
| 13 Patent royalties | 13 | | |
| 14 Copyright royalties | 14 | | |
| 15 Other royalty income | 15 | | |
| 16 Capital gain or loss from real property | 16 | | |
| 17 Capital gain or loss from tangible personal property | 17 | | |
| 18 Capital gain or loss from intangible personal property | 18 | | |
| 19 Other income and expense ______ Specify | 19 | | |

## Step 4: Figure your partner's or shareholder's share of your business income (loss)

(See instructions.)

| | | A Member's share from U.S. Schedule K-1, less nonbusiness income | B Nonresident member's share apportioned to Illinois |
|---|---|---|---|
| 20 Ordinary income (loss) from trade or business activity | 20 | -29,006. | |
| 21 Net income (loss) from rental real estate activities | 21 | | |
| 22 Net income (loss) from other rental activities | 22 | | |
| 23 Interest | 23 | | |
| 24 Dividends | 24 | | |
| 25 Royalties | 25 | | |
| 26 Net short-term capital gain (loss) | 26 | | |
| 27 Net long-term capital gain (loss). (Total for year) | 27 | | |
| 28 Unrecaptured Section 1250 gain | 28 | | |
| 29 Guaranteed payments to partner (U.S. Form 1065 only) | 29 | | |
| 30 Net Section 1231 gain (loss) (other than casualty or theft) | 30 | | |
| 31 Other income and expense ______ Specify | 31 | | |

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. This form has been approved by the Forms Management Center. IL-492-3873

ID: 3021
749131
12-19-07

## Step 5: Figure your partner's or s. .reholder's share of Illinois additions and subtractions

| | A<br>Member's share from Form IL-1065 or IL-1120-ST | B<br>Nonresident member's share apportioned or allocated to Illinois |
|---|---|---|
| **Additions** | | |
| 32 Federally tax-exempt interest income | 32 | |
| 33 Illinois replacement tax deducted | 33 | |
| 34 Illinois Bonus Depreciation addition | 34 | |
| 35 Related-Party Expenses addition | 35 | |
| 36 Distributive share of additions | 36 | |
| 37 Other additions not listed above (as figured on Illinois Schedule M for businesses) | 37 | |
| **Subtractions** | | |
| 38 a Interest from U.S. Treasury obligations included as business income | 38a | |
| b Interest from U.S. Treasury obligations included as nonbusiness income | 38b | |
| 39 Certain federally-disallowed deductions | 39 | |
| 40 Enterprise Zone or River Edge Redevelopment Zone Dividend Subtraction | 40 | |
| 41 High Impact Business Dividend Subtraction | 41 | |
| 42 Contribution Subtraction (Form IL-1120-ST filers only) | 42 | |
| 43 Interest Subtraction - Enterprise Zones or River Edge Redevelopment Zone (Form IL-1120-ST financial organizations only) | 43 | |
| 44 Interest Subtraction - High Impact Business within a Foreign Trade Zone (Form IL-1120-ST financial organizations only) | 44 | |
| 45 Illinois Bonus Depreciation subtraction | 45 | |
| 46 Related-Party Expenses subtraction | 46 | |
| 47 Distributive share of subtractions | 47 | |
| 48 Other subtractions not listed above (as figured on Illinois Schedule M for businesses) | 48 | |

## Step 6: Figure your partner's or shareholder's (except a corporate partner or shareholder) share of your Illinois August 1, 1969, appreciation amounts

| | A<br>Member's share from Illinois Schedule F (Form IL-1065 or IL-1120-ST) | B<br>Nonresident member's share apportioned or allocated to Illinois |
|---|---|---|
| 49 Section 1245 and 1250 gain | 49 | |
| 50 Section 1231 gain | 50 | |
| 51 Section 1231 gain less casualty and theft gain (See instructions.) | 51 | |
| 52 Capital gain | 52 | |

## Step 7: Figure your partner's or shareholder's share of your Illinois credits and recapture (See instructions.)

| | A<br>Member's or nonresident member's share from Illinois tax return |
|---|---|
| **53 Illinois credits** | |
| a Film Production Services Tax Credit | 53a |
| b Enterprise Zone or River Edge Redevelopment Zone Investment Credit | 53b |
| c Tax Credit for Affordable Housing Donations | 53c |
| d Economic Development for a Growing Economy (EDGE) Tax Credit | 53d |
| e Research & Development Tax Credit | 53e |
| f Ex-felons Jobs Credit | 53f |
| g Veterans Jobs Credit | 53g |
| h Replacement Tax Investment Credits (See instructions.) | 53h |
| **54 Recapture** | |
| a Enterprise Zone or River Edge Redevelopment Zone Investment Credit recapture | 54a |
| b Replacement Tax Investment Credit recapture | 54b |

Form **1040** U.S. Individual Income Tax Return **2005** (99) IRS Use Only - Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan. 1-Dec. 31, 2005, or other tax year beginning , 2005, ending , 20

**Label** (See instructions on page 16.) Use the IRS label. Otherwise, please print or type.

| | |
|---|---|
| Your first name and initial: DANIEL T. | Last name: PUCKETT |
| If a joint return, spouse's first name and initial | Last name |
| Home address (number and street). If you have a P.O. box, see page 16.: 1975 PAWLISCH DR. | Apt. no. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 16.: ROCKFORD, IL 61112 | |

Your social security number: [redacted]
Spouse's social security number: [redacted]

You must enter your SSN(s) above.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 16) ▶ ☐ You ☐ Spouse
Checking a box below will not change your tax or refund.

## Filing Status

Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☒ Married filing separately. Enter spouse's SSN above and full name here. ▶ LISA L. HARDYMAN
4. ☐ Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see page 17)

## Exemptions

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
b ☐ Spouse

Boxes checked on 6a and 6b: 1

c Dependents:

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see page 19.

No. of children on 6c who: lived with you; did not live with you due to divorce or separation (see page 20)
Dependents on 6c not entered above
Add numbers on lines above ▶ 1

d Total number of exemptions claimed

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 45,588. |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 29. |
| b | Tax-exempt interest. Do not include on line 8a (8b) | | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 23) (9b) | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions (15a) b Taxable amount (see page 25) | 15b | |
| 16a | Pensions and annuities (16a) b Taxable amount (see page 25) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | -24,730. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits (20a) b Taxable amount (see page 27) | 20b | |
| 21 | Other income. List type and amount (see page 29) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 20,887. |

## Adjusted Gross Income

| Line | Description | | Amount |
|---|---|---|---|
| 23 | Educator expenses (see page 29) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see page 30) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see page 31) | 32 | |
| 33 | Student loan interest deduction (see page 33) | 33 | |
| 34 | Tuition and fees deduction (see page 34) | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 37 | 20,887. |

510001 11-05-05

Form 1040 (2005) DANIEL T. PUCKETT Page 2

## Tax and Credits

Standard Deduction for -
- People who checked any box on line 39a or 39b or who can be claimed as a dependent.
- All others:
  - Single or Married filing separately, $5,000
  - Married filing jointly or Qualifying widow(er), $10,000
  - Head of household, $7,300

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 20,887. |
| 39a | Check if: [ ] You were born before January 2, 1941, [ ] Blind. [ ] Spouse was born before January 2, 1941, [ ] Blind. Total boxes checked ▶ 39a | |
| b | If your spouse itemizes on a separate return or you were a dual-status alien, see page 35 and check here ▶ 39b [X] | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 1,873. |
| 41 | Subtract line 40 from line 38 | 19,014. |
| 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see page 37. Otherwise, multiply $3,200 by the total number of exemptions claimed on line 6d | 3,200. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 15,814. |
| 44 | Tax. Check if any tax is from: a [ ] Form(s) 8814 b [ ] Form 4972 | 2,009. |
| 45 | Alternative minimum tax. Attach Form 6251 | 0. |
| 46 | Add lines 44 and 45 ▶ | 2,009. |
| 47 | Foreign tax credit. Attach Form 1116 if required | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | |
| 50 | Education credits. Attach Form 8863 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | |
| 52 | Child tax credit (see page 41). Attach Form 8901 if required | |
| 53 | Adoption credit. Attach Form 8839 | |
| 54 | Credits from: a [ ] Form 8396 b [ ] Form 8859 | |
| 55 | Other credits. Check applicable box(es): a [ ] Form 3800 b [ ] Form 8801 c [ ] Form ____ | |
| 56 | Add lines 47 through 55. These are your total credits | |
| 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | 2,009. |

## Other Taxes

| Line | Description | Amount |
|---|---|---|
| 58 | Self-employment tax. Attach Schedule SE | |
| 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | |
| 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 61 | Advance earned income credit payments from Form(s) W-2 | |
| 62 | Household employment taxes. Attach Schedule H | |
| 63 | Add lines 57 through 62. This is your total tax ▶ | 2,009. |

## Payments

If you have a qualifying child, attach Schedule EIC.

| Line | Description | Entry | Amount |
|---|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 7,492. | |
| 65 | 2005 estimated tax payments and amount applied from 2004 return | | |
| 66a | Earned income credit (EIC) | | |
| b | Nontaxable combat pay election ▶ 66b | | |
| 67 | Excess social security and tier 1 RRTA tax withheld (see page 59) | | |
| 68 | Additional child tax credit. Attach Form 8812 | | |
| 69 | Amount paid with request for extension to file (see page 59) | | |
| 70 | Payments from: a [ ] Form 2439 b [ ] Form 4136 c [ ] Form 8885 | | |
| 71 | Add lines 64, 65, 66a, and 67 through 70. These are your total payments ▶ | | 7,492. |

## Refund

Direct deposit? See page 59 and fill in 73b, 73c, and 73d.

| Line | Description | Amount |
|---|---|---|
| 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you overpaid | 5,483. |
| 73a | Amount of line 72 you want refunded to you ▶ | 5,483. |
| b | Routing number ▶ c Type: [ ] Checking [ ] Savings ▶ d Account number | |
| 74 | Amount of line 72 you want applied to your 2006 estimated tax ▶ 74 | |

## Amount You Owe

| Line | Description | Amount |
|---|---|---|
| 75 | Amount you owe. Subtract line 71 from line 63. For details on how to pay, see page 60 ▶ | |
| 76 | Estimated tax penalty (see page 60) 76 | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see page 61)? [ ] Yes. Complete the following. [ ] No

Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶

## Sign Here

Joint return? See page 17. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: [signature] Date: 4/15/05 Your occupation: BUSINESS OWNER Daytime phone number

Spouse's signature. If a joint return, both must sign. Date Spouse's occupation

## Paid Preparer's Use Only

Preparer's signature ▶ Date Check if self-employed [ ] Preparer's SSN or PTIN

Firm's name (or yours if self-employed), address, and ZIP code ▶ EIN Phone no.

510002 11-05-05

SCHEDULES A&B (Form 1040)
Department of the Treasury Internal Revenue Service (99)

# Schedule A - Itemized Deductions

(Schedule B is on page 2)

▶ Attach to Form 1040. ▶ See Instructions for Schedules A&B (Form 1040).

OMB No. 1545-0074
2005
Attachment Sequence No. 07

Name(s) shown on Form 1040: DANIEL T. PUCKETT
Your social security number: [redacted]

| Section | Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see page A-2) | 1 | | | |
| | 2 | Enter amount from Form 1040, line 38 [2] | | | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | |
| **Taxes You Paid** (See page A-2.) | 5 | State and local (check only one box): a [X] Income taxes, or b [ ] General sales taxes (see page A-3) | 5 | 1,368. | | |
| | 6 | Real estate taxes (see page A-5) | 6 | | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 1,368. |
| **Interest You Paid** (See page A-5.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-6 and show that person's name, identifying no., and address ▶ | 11 | | | |
| Note. Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. | 12 | | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-6.) | 13 | | | |
| | 14 | Add lines 10 through 13 | | | 14 | |
| **Gifts to Charity** | 15a | Total gifts by cash or check. | 15a | 505. | | |
| | b | Gifts by cash or check after August 27, 2005, that you elect to treat as qualified contributions [15b] | | | | |
| If you made a gift and got a benefit for it, see page A-7. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-7. You must attach Form 8283 if over $500 | 16 | | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15a, 16, and 17 | | | 18 | 505. |
| Casualty and Theft Losses | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-8.) | | | 19 | |
| **Job Expenses and Certain Miscellaneous Deductions** | 20 | Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See page A-8.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | | | |
| (See page A-8.) | 22 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ | 22 | | | |
| | 23 | Add lines 20 through 22 | 23 | | | |
| | 24 | Enter amount from Form 1040, line 38 [24] | | | | |
| | 25 | Multiply line 24 by 2% (.02) | 25 | | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | |
| **Other Miscellaneous Deductions** | 27 | Other - from list on page A-9. List type and amount ▶ | | | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 38, over $145,950 (over $72,975 if married filing separately)? [X] No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 40. [ ] Yes. Your deduction may be limited. See page A-9 for the amount to enter. ▶ | | | 28 | 1,873. |
| | 29 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ [ ] | | | | |

Schedules A&B (Form 1040) 2005 — OMB No. 1545-0074 — Page 2

Name(s) shown on Form 1040. Do not enter name and social security number if shown on page 1. — Your social security number

DANIEL T. PUCKETT

## Schedule B - Interest and Ordinary Dividends

Attachment Sequence No. 08

**Part I Interest**

| | Line | Amount |
|---|---|---|
| 1 List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ | | |
| AMCORE BANK | 1 | 21. |
| MARINE CREDIT UNION | 1 | 8. |
| 2 Add the amounts on line 1 | 2 | 29. |
| 3 Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | 3 | |
| 4 Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | 29. |

Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

Note. If line 4 is over $1,500, you must complete Part III.

**Part II Ordinary Dividends**

| | Line | Amount |
|---|---|---|
| 5 List name of payer ▶ | 5 | |
| 6 Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ▶ | 6 | |

Note: If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

Note. If line 6 is over $1,500, you must complete Part III.

**Part III Foreign Accounts and Trusts**

| You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; or (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|
| 7a At any time during 2005, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? | | X |
| b If "Yes," enter the name of the foreign country ▶ | | |
| 8 During 2005, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See page B-2 | | X |

527501 11-21-05

**SCHEDULE E (Form 1040)**
Department of the Treasury Internal Revenue Service (99)

# Supplemental Income and Loss

(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.)

▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074
**2005**
Attachment Sequence No. 13

Name(s) shown on return: DANIEL T. PUCKETT

Your social security number: [redacted]

**Part I Income or Loss From Rental Real Estate and Royalties** Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see page E-3). Report farm rental income or loss from Form 4835 on page 2, line 40.

1 List the type and location of each rental real estate property:

A HOUSE
419 WHITMAN STREET

B

C

2 For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
- 14 days or
- 10% of the total days rented at fair rental value?

(See page E-3.)

| | Yes | No |
|---|---|---|
| A | | X |
| B | | |
| C | | |

| Income: | | Properties A | B | C | | Totals (Add columns A, B, and C.) |
|---|---|---|---|---|---|---|
| 3 Rents received | 3 | 6,709. | | | 3 | 6,709. |
| 4 Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | |
| 5 Advertising | 5 | | | | | |
| 6 Auto and travel (see page E-4) | 6 | 245. | | | | |
| 7 Cleaning and maintenance | 7 | 980. | | | | |
| 8 Commissions | 8 | | | | | |
| 9 Insurance | 9 | 911. | | | | |
| 10 Legal and other professional fees | 10 | | | | | |
| 11 Management fees | 11 | | | | | |
| 12 Mortgage interest paid to banks, etc. (see page E-4) | 12 | 6,205. | | | 12 | 6,205. |
| 13 Other interest | 13 | | | | | |
| 14 Repairs | 14 | 790. | | | | |
| 15 Supplies | 15 | | | | | |
| 16 Taxes | 16 | 1,429. | | | | |
| 17 Utilities | 17 | 1,465. | | | | |
| 18 Other (list) ▶ | 18 | | | | | |
| 19 Add lines 5 through 18 | 19 | 12,025. | | | 19 | 12,025. |
| 20 Depreciation expense or depletion (see page E-4) | 20 | 2,325. | | | 20 | 2,325. |
| 21 Total expenses. Add lines 19 and 20 | 21 | 14,350. | | | | |
| 22 Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see page E-5 to find out if you must file Form 6198 | 22 | -7,641. | | | | |
| 23 Deductible rental real estate loss. **Caution.** Your rental real estate loss on line 22 may be limited. See page E-5 to find out if you must file Form 8582. Real estate professionals must complete line 43 on page 2 | 23 | ( 0.) | ( ) | ( ) | | |

| | | |
|---|---|---|
| 24 **Income.** Add positive amounts shown on line 22. Do not include any losses | 24 | 0. |
| 25 **Losses.** Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | 25 | ( 0.) |
| 26 **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17. Otherwise, include this amount in the total on line 41 on page 2 | 26 | 0. |

Schedule E (Form 1040) 2005 Attachment Sequence No. 13 Page 2

Name(s) shown on return. Do not enter name and social security number if shown on page 1. | Your social security number

DANIEL T. PUCKETT

Caution: The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

**Part II | Income or Loss From Partnerships and S Corporations** **Note.** If you report a loss from an at-risk activity for which any amount is **not** at risk, you **must** check column **(e)** on line 28 and attach **Form 6198.** See page E-1.

27 Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? ☐ Yes ☒ No

If you answered "Yes," see page E-6 before completing this section.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | KURPLUNK, LLC | P | | 36-4246316 | |
| B | UNREIMBURSED EXPENSES | P | | 36-4246316 | |
| C | | | | | |
| D | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | 18,900. | | |
| B | | | 5,830. | | |
| C | | | | | |
| D | | | | | |
| 29a Totals | | | | | |
| b Totals | | | 24,730. | | |

| Line | Description | No. | Amount |
|---|---|---|---|
| 30 | Add columns (g) and (j) of line 29a | 30 | |
| 31 | Add columns (f), (h), and (i) of line 29b | 31 | ( 24,730.) |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below | 32 | -24,730. |

**Part III | Income or Loss From Estates and Trusts**

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| Line | Description | No. | Amount |
|---|---|---|---|
| 35 | Add columns (d) and (f) of line 34a | 35 | |
| 36 | Add columns (c) and (e) of line 34b | 36 | ( ) |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below | 37 | |

**Part IV | Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder**

| 38 (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|
| | | | | |

| Line | Description | No. | Amount |
|---|---|---|---|
| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |

**Part V | Summary**

| Line | Description | No. | Amount |
|---|---|---|---|
| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below | 40 | |
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17 ▶ | 41 | -24,730. |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code N; and Schedule K-1 (Form 1041), line 14, code F (see page E-7) | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see page E-1), enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 43 | |

521501
11-16-05

**Schedule E (Form 1040) 2005**

## 2005 Income from Passthroughs

KURPLUNK, LLC
I.D. NUMBER: 36-4246316
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

KURPLUNK, LLC

TRADE OR BUSINESS - MATERIAL PARTICIPATION

| | | |
|---|---|---|
| ORDINARY INCOME (LOSS) | -18,900 | |
| FROM STATEMENT SBE | -5,830 | |
| SCHEDULE E ACTIVITY INCOME (LOSS) | | -24,730 |

TAX PREFERENCE ITEMS:

| | |
|---|---|
| DEPRECIATION ADJUSTMENT FOR POST-1986 PROPERTY | -20 |

DOES NOT APPLY

Form **6251** (Rev. January 2006) Department of the Treasury Internal Revenue Service (99)

# Alternative Minimum Tax - Individuals

▶ Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0074 **2005** Attachment Sequence No. 32

Name(s) shown on Form 1040: DANIEL T. PUCKETT

Your social security number: [redacted]

## Part I Alternative Minimum Taxable Income

| | Description | Line | Amount |
|---|---|---|---|
| 1 | If filing Schedule A (Form 1040), enter the amount from Form 1040, line 41 (minus any amount on Form 8914, line 2), and go to line 2. Otherwise, enter the amount from Form 1040, line 38 (minus any amount on Form 8914, line 2), and go to line 7. (If less than zero, enter as a negative amount.) | 1 | 19,014. |
| 2 | Medical and dental. Enter the **smaller** of Schedule A (Form 1040), line 4, or 2 1/2% of Form 1040, line 38 | 2 | |
| 3 | Taxes from Schedule A (Form 1040), line 9 | 3 | 1,368. |
| 4 | Enter the home mortgage interest adjustment, if any, from line 6 of the worksheet on page 2 of the instructions | 4 | |
| 5 | Miscellaneous deductions from Schedule A (Form 1040), line 26 | 5 | |
| 6 | If Form 1040, line 38, is over $145,950 (over $72,975 if married filing separately), enter the amount from line 9 of the **Itemized Deductions Worksheet** on page A-9 of the instructions for Schedules A & B (Form 1040) | 6 | |
| 7 | Tax refund from Form 1040, line 10 or line 21 | 7 | |
| 8 | Investment interest expense (difference between regular tax and AMT) | 8 | |
| 9 | Depletion (difference between regular tax and AMT) | 9 | |
| 10 | Net operating loss deduction from Form 1040, line 21. Enter as a positive amount | 10 | |
| 11 | Interest from specified private activity bonds exempt from the regular tax | 11 | |
| 12 | Qualified small business stock (7% of gain excluded under section 1202) | 12 | |
| 13 | Exercise of incentive stock options (excess of AMT income over regular tax income) | 13 | |
| 14 | Estates and trusts (amount from Schedule K-1 (Form 1041), box 12, code A) | 14 | |
| 15 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6) | 15 | |
| 16 | Disposition of property (difference between AMT and regular tax gain or loss) | 16 | |
| 17 | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) STMT 2 | 17 | -20. |
| 18 | Passive activities (difference between AMT and regular tax income or loss) | 18 | 0. |
| 19 | Loss limitations (difference between AMT and regular tax income or loss) | 19 | |
| 20 | Circulation costs (difference between regular tax and AMT) | 20 | |
| 21 | Long-term contracts (difference between AMT and regular tax income) | 21 | |
| 22 | Mining costs (difference between regular tax and AMT) | 22 | |
| 23 | Research and experimental costs (difference between regular tax and AMT) | 23 | |
| 24 | Income from certain installment sales before January 1, 1987 | 24 | |
| 25 | Intangible drilling costs preference | 25 | |
| 26 | Other adjustments, including income-based related adjustments | 26 | |
| 27 | Alternative tax net operating loss deduction | 27 | |
| 28 | **Alternative minimum taxable income.** Combine lines 1 through 27. (If married filing separately and line 28 is more than $191,000, see instructions) | 28 | 20,362. |

## Part II Alternative Minimum Tax

29 Exemption. (If this form is for a child under age 14, see instructions.)

| IF your filing status is... | AND line 28 is not over... | THEN enter on line 29... |
|---|---|---|
| Single or head of household | $112,500 | $40,250 |
| Married filing jointly or qualifying widow(er) | 150,000 | 58,000 |
| Married filing separately | 75,000 | 29,000 |

If line 28 is over the amount shown above for your filing status, see instructions.

| | Description | Line | Amount |
|---|---|---|---|
| 29 | Exemption | 29 | 29,000. |
| 30 | Subtract line 29 from line 28. If zero or less, enter -0- here and on lines 33 and 35 and stop here | 30 | 0. |
| 31 | • If you reported capital gain distributions directly on Form 1040, line 13; you reported qualified dividends on Form 1040, line 9b; or you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on page 2 and enter the amount from line 55 here. • **All others:** If line 30 is $175,000 or less ($87,500 or less if married filing separately), multiply line 30 by 26% (.26). Otherwise, multiply line 30 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result. | 31 | |
| 32 | Alternative minimum tax foreign tax credit (see instructions) | 32 | |
| 33 | Tentative minimum tax. Subtract line 32 from line 31 | 33 | 0. |
| 34 | Tax from Form 1040, line 44 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 47). If you used Schedule J to figure your tax, the amount for line 44 of Form 1040 must be refigured without using Schedule J (see instructions) | 34 | 2,009. |
| 35 | **Alternative minimum tax.** Subtract line 34 from line 33. If zero or less, enter -0-. Enter here and on Form 1040, line 45 | 35 | 0. |

**Part III | Tax Computation Using Maximum Capital Gains Rates**

36 Enter the amount from Form 6251, line 30 ..... 36

37 Enter the amount from line 6 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 44, or the amount from line 13 of the Schedule D Tax Worksheet on page D-9 of the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see the instructions) ..... 37

38 Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary) (see instructions) ..... 38

39 If you did not complete a Schedule D Tax Worksheet for the regular tax or the AMT, enter the amount from line 37. Otherwise, add lines 37 and 38, and enter the **smaller** of that result or the amount from line 10 of the Schedule D Tax Worksheet (as refigured for the AMT, if necessary) ..... 39

40 Enter the **smaller** of line 36 or line 39 ..... 40

41 Subtract line 40 from line 36 ..... 41

42 If line 41 is $175,000 or less ($87,500 or less if married filing separately), multiply line 41 by 26% (.26). Otherwise, multiply line 41 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ..... ▶ 42

43 Enter:
- $59,400 if married filing jointly or qualifying widow(er),
- $29,700 if single or married filing separately, or
- $39,800 if head of household.

..... 43

44 Enter the amount from line 7 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 44, or the amount from line 14 of the Schedule D Tax Worksheet on page D-9 of the instructions for Schedule D (Form 1040), whichever applies (as figured for the regular tax). If you did not complete either worksheet for the regular tax, enter -0- ..... 44

45 Subtract line 44 from line 43. If zero or less, enter -0- ..... 45

46 Enter the **smaller** of line 36 or line 37 ..... 46

47 Enter the **smaller** of line 45 or line 46 ..... 47

48 Multiply line 47 by 5% (.05) ..... ▶ 48

49 Subtract line 47 from line 46 ..... 49

50 Multiply line 49 by 15% (.15) ..... ▶ 50

**If line 38 is zero or blank, skip lines 51 and 52 and go to line 53. Otherwise, go to line 51.**

51 Subtract line 46 from line 40 ..... 51

52 Multiply line 51 by 25% (.25) ..... ▶ 52

53 Add lines 42, 48, 50, and 52 ..... 53

54 If line 36 is $175,000 or less ($87,500 or less if married filing separately), multiply line 36 by 26% (.26). Otherwise, multiply line 36 by 28% (.28) and subtract $3,500 ($1,750 if married filing separately) from the result ..... 54

55 Enter the **smaller** of line 53 or line 54 here and on line 31 ..... 55

# Statement SBE
# Supplemental Business Expenses

**2005**

| Your name | Social security number | Business in which expenses were incurred |
|---|---|---|
| DANIEL T. PUCKETT | [redacted] | ACTIVE PARTNER IN KURPLUNCK |

**Part I** **Business Expenses and Reimbursements**

| STEP 1 Enter Your Expenses | | Column A Other Than Meals and Entertainment | Column B Meals and Entertainment |
|---|---|---|---|
| 1 Vehicle expense from line 22c or line 29 | 1 | 1,640. | |
| 2 Parking fees, tolls, and transportation, including train, bus, etc., that did not involve overnight travel | 2 | 375. | |
| 3 Travel expense while away from home overnight, including lodging, airplane, car rental, etc. Do not include meals and entertainment | 3 | 1,175. | |
| 4 Business expenses not included on lines 1 through 3. Do not include meals and entertainment SEE STATEMENT 3 | 4 | 2,025. | |
| 5 Meals and entertainment expenses | 5 | | 1,230. |
| 6 **Total expenses.** In Column A, add lines 1 through 4 and enter the result. In Column B, enter the amount from line 5 | 6 | 5,215. | 1,230. |

NOTE: If you were not reimbursed for any expenses in Step 1, skip line 7 and enter the amount from line 6 on line 8.

| STEP 2 Reimbursements for Expenses Listed In STEP 1 | | | |
|---|---|---|---|
| 7 Enter amounts that were not reported to you in box 1 of Form W-2. Include any amount reported under code "L" in box 12 of your Form W-2 | 7 | | |

| STEP 3 Figure Expenses Subject to the Limitation | | | |
|---|---|---|---|
| 8 Subtract line 7 from line 6 | 8 | 5,215. | 1,230. |
| 9 In Column A, enter the amount from line 8. In Column B, multiply the amount on line 8 by 50% (.50). (If zero or less, enter -0-) (If subject to the Department of Transportation (DOT) hours-of-service limits: Multiply by 70% (.70) instead of 50%) | 9 | 5,215. | 615. |
| 10 Add the amounts on line 9 of both columns and enter the total here. These are your supplemental business expenses ▶ | 10 | | 5,830. |

512021
11-10-05

Statement SBE (2005) DANIEL T. PUCKETT Page 2

**Part II** Vehicle Expenses

**Section A. - General Information**

| | | | (a) Vehicle 1 | (b) Vehicle |
|---|---|---|---|---|
| 11 | Enter the date vehicle was placed in service | 11 | 07/01/02 | |
| 12 | Total miles vehicle was driven during 2005 | 12 | 14,460 miles | miles |
| 13 | Business miles included on line 12 | 13 | 3,740 miles | miles |
| 14 | Percent of business use. Divide line 13 by line 12 | 14 | 25.86 % | % |
| 15 | Average daily roundtrip commuting distance | 15 | miles | miles |
| 16 | Commuting miles included on line 12 | 16 | 2,210 miles | miles |
| 17 | Other miles. Add lines 13 and 16 and subtract the total from line 12 | 17 | 8,510 miles | miles |

18 Do you (or your spouse) have another vehicle available for personal use? [X] Yes [ ] No

19 Was your vehicle available for personal use during off-duty hours? [ ] Yes [X] No

20 Do you have evidence to support your deduction? [X] Yes [ ] No

21 If "Yes," is the evidence written? [X] Yes [ ] No

**Section B. - Standard Mileage Rate**

| | | | | | |
|---|---|---|---|---|---|
| 22a | Multiply business miles driven **before** September 1, 2005 by 40.5¢ (.405) | 22a | 883. | | |
| 22b | Multiply business miles driven **after** August 31, 2005 by 48.5¢ (.485) | 22b | 757. | | |
| 22c | Add lines 22a and 22b. Enter the result here and on line 1 | | | 22c | 1,640. |

**Section C. - Actual Expenses**

| | | | (a) Vehicle | | (b) Vehicle | |
|---|---|---|---|---|---|---|
| 23 | Gasoline, oil, repairs, vehicle insurance, etc. | 23 | | | | |
| 24a | Vehicle rentals | 24a | | | | |
| b | Inclusion amount | 24b | | | | |
| c | Subtract line 24b from line 24a | 24c | | | | |
| 25 | Value of employer-provided vehicle (applies only if 100% of annual lease value was included on Form W-2) | 25 | | | | |
| 26 | Add lines 23, 24c, and 25 | 26 | | | | |
| 27 | Multiply line 26 by the percentage on line 14 | 27 | | | | |
| 28 | Depreciation. Enter amount from line 38 below | 28 | | | | |
| 29 | Add lines 27 and 28. Enter total here and on line 1 | 29 | | | | |

**Section D. - Depreciation of Vehicles (Use this section only if you owned the vehicle and are completing Section C for the vehicle.)**

| | | | (a) Vehicle | | (b) Vehicle | |
|---|---|---|---|---|---|---|
| 30 | Enter cost or other basis | 30 | | | | |
| 31 | Enter section 179 deduction | 31 | | | | |
| 32 | Multiply line 30 by line 14 (see Form 2106 instructions if you claimed the section 179 deduction or special allowance) | 32 | | | | |
| 33 | Enter depreciation method and percentage | 33 | | | | |
| 34 | Multiply line 32 by the percentage on line 33 | 34 | | | | |
| 35 | Add lines 31 and 34 | 35 | | | | |
| 36 | Enter the limitation amount | 36 | | | | |
| 37 | Multiply line 36 by the percentage on line 14 | 37 | | | | |
| 38 | Enter the **smaller** of line 35 or line 37. If you skipped lines 36 and 37, enter the amount from line 35. Also enter this amount on line 28 above | 38 | | | | |

Form **8582**

Department of the Treasury Internal Revenue Service (99)

# Passive Activity Loss Limitations

▶ See separate instructions.
▶ Attach to Form 1040 or Form 1041.

OMB No. 1545-1008
**2005**
Attachment Sequence No. 88

Name(s) shown on return: DANIEL T. PUCKETT

Identifying number: [redacted]

**Part I — 2005 Passive Activity Loss** Caution: *Complete Worksheets 1, 2, and 3 on page 2 before completing Part I.*

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Special Allowance for Rental Real Estate Activities** on page 3 of the instructions.)

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 1a | Activities with net income (enter the amount from Worksheet 1, column (a)) | 1a | | | |
| b | Activities with net loss (enter the amount from Worksheet 1, column (b)) | 1b | -7,641. | | |
| c | Prior years unallowed losses (enter the amount from Worksheet 1, column (c)) | 1c | | | |
| d | Combine lines 1a, 1b, and 1c | | | 1d | -7,641. |

**Commercial Revitalization Deductions From Rental Real Estate Activities**

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 2a | Commercial revitalization deductions from Worksheet 2, column (a) | 2a | | | |
| b | Prior year unallowed commercial revitalization deductions from Worksheet 2, column (b) | 2b | | | |
| c | Add lines 2a and 2b | | | 2c | |

**All Other Passive Activities**

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 3a | Activities with net income (enter the amount from Worksheet 3, column (a)) | 3a | | | |
| b | Activities with net loss (enter the amount from Worksheet 3, column (b)) | 3b | | | |
| c | Prior years unallowed losses (enter the amount from Worksheet 3, column (c)) | 3c | | | |
| d | Combine lines 3a, 3b, and 3c | | | 3d | |
| 4 | Combine lines 1d, 2c, and 3d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c, 2b, or 3c. **Do not** complete Form 8582. Report the losses on the forms and schedules normally used | | | 4 | -7,641. |

If line 4 is a loss and:
- Line 1d is a loss, go to Part II.
- Line 2c is a loss (and line 1d is zero or more), skip Part II and go to Part III.
- Line 3d is a loss (and lines 1d and 2c are zero or more), skip Parts II and III and go to line 15.

**Caution:** *If your filing status is married filing separately and you lived with your spouse at any time during the year,* **do not complete** *Part II or Part III. Instead, go to line 15.*

**Part II — Special Allowance for Rental Real Estate With Active Participation**

**Note:** *Enter all numbers in Part II as positive amounts. See page 8 of the instructions for an example.*

| Line | Description | Box | Amount | Box | Amount |
|---|---|---|---|---|---|
| 5 | Enter the smaller of the loss on line 1d or the loss on line 4 | | | 5 | 7,641. |
| 6 | Enter $150,000. If married filing separately, see the instructions | 6 | | | |
| 7 | Enter modified adjusted gross income, but not less than zero (see the instr.) **Note:** *If line 7 is greater than or equal to line 6, skip lines 8 and 9, enter -0- on line 10. Otherwise, go to line 8.* | 7 | | | |
| 8 | Subtract line 7 from line 6 | 8 | | | |
| 9 | Multiply line 8 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see the instructions | | | 9 | |
| 10 | Enter the smaller of line 5 or line 9 | | | 10 | |

If line 2c is a loss, go to Part III. Otherwise, go to line 15.

**Part III — Special Allowance for Commercial Revitalization Deductions From Rental Real Estate Activities**

**Note:** *Enter all numbers in Part III as positive amounts. See the example for Part II on page 8 of the instructions.*

| Line | Description | Box | Amount |
|---|---|---|---|
| 11 | Enter $25,000 reduced by the amount, if any, on line 10. If married filing separately, see instructions | 11 | |
| 12 | Enter the loss from line 4 | 12 | |
| 13 | Reduce line 12 by the amount on line 10 | 13 | |
| 14 | Enter the smallest of line 2c (treated as a positive amount), line 11, or line 13 | 14 | |

**Part IV — Total Losses Allowed**

| Line | Description | Box | Amount |
|---|---|---|---|
| 15 | Add the income, if any, on lines 1a and 3a and enter the total | 15 | |
| 16 | **Total losses allowed from all passive activities for 2005.** Add lines 10, 14, and 15. See the instructions to find out how to report the losses on your tax return SEE STATEMENT 7 | 16 | 0. |

Form 8582 (2005) DANIEL T. PUCKETT [redacted] Page 2

**Caution:** *The worksheets must be filed with your tax return. Keep a copy for your records.*

**Worksheet 1 - For Form 8582, Lines 1a, 1b, and 1c** (See instructions.)

| Name of activity | Current year | | Prior years | Overall gain or loss | |
|---|---|---|---|---|---|
| | (a) Net income (line 1a) | (b) Net loss (line 1b) | (c) Unallowed loss (line 1c) | (d) Gain | (e) Loss |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | SEE ATTACHED STATEMENT FOR WORKSHEET 1 | | | | |
| Total. Enter on Form 8582, lines 1a, 1b, and 1c ▶ | | -7,641. | | | |

**Worksheet 2 - For Form 8582, Lines 2a and 2b** (See instructions.)

| Name of activity | (a) Current year deductions (line 2a) | (b) Prior year unallowed deductions (line 2b) | (c) Overall loss |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| Total. Enter on Form 8582, lines 2a and 2b ▶ | | | |

**Worksheet 3 - For Form 8582, Lines 3a, 3b, and 3c** (See instructions.)

| Name of activity | Current year | | Prior years | Overall gain or loss | |
|---|---|---|---|---|---|
| | (a) Net income (line 3a) | (b) Net loss (line 3b) | (c) Unallowed loss (line 3c) | (d) Gain | (e) Loss |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total. Enter on Form 8582, lines 3a, 3b, and 3c ▶ | | | | | |

**Worksheet 4 - Use this worksheet if an amount is shown on Form 8582, line 10 or 14** (See instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Special allowance | (d) Subtract column (c) from column (a) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total ▶ | | | | | |

**Worksheet 5 - Allocation of Unallowed Losses** (See instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Unallowed loss |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | SEE ATTACHED STATEMENT FOR WORKSHEET 5 | | | |
| Total ▶ | | 7,641. | 1.000000000 | 7,641. |

Form 8582 (2005) DANIEL T. PUCKETT Page 3

**Worksheet 6 - Allowed Losses** (See instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Unallowed loss | (c) Allowed loss |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | SEE ATTACHED | STATEMENT FOR WORKSHEET | 6 | |
| Total ▶ | | 7,641. | 7,641. | |

**Worksheet 7 - Activities With Losses Reported on Two or More Forms or Schedules** (See instructions.)

| Name of Activity: | (a) | (b) | (c) Ratio | (d) Unallowed loss | (e) Allowed loss |
|---|---|---|---|---|---|
| Form or schedule and line number to be reported on (see instructions): | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule ▶ | | | | | |
| b Net income from form or schedule ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Form or schedule and line number to be reported on (see instructions): | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule ▶ | | | | | |
| b Net income from form or schedule ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Form or schedule and line number to be reported on (see instructions): | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule ▶ | | | | | |
| b Net income from form or schedule ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Total ▶ | | | | | |

ALTERNATIVE MINIMUM TAX

Form **8582**

Department of the Treasury
Internal Revenue Service (99)

# Passive Activity Loss Limitations

▶ See separate instructions.
▶ Attach to Form 1040 or Form 1041.

OMB No. 1545-1008
**2005**
Attachment Sequence No. 88

Name(s) shown on return: DANIEL T. PUCKETT

Identifying number: [redacted]

**Part I — 2005 Passive Activity Loss** Caution: *Complete Worksheets 1, 2, and 3 on page 2 before completing Part I.*

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Special Allowance for Rental Real Estate Activities** on page 3 of the instructions.)

| Line | Description | | | | |
|---|---|---|---|---|---|
| 1a | Activities with net income (enter the amount from Worksheet 1, column (a)) | 1a | | | |
| b | Activities with net loss (enter the amount from Worksheet 1, column (b)) | 1b | -7,641. | | |
| c | Prior years unallowed losses (enter the amount from Worksheet 1, column (c)) | 1c | | | |
| d | Combine lines 1a, 1b, and 1c | | | 1d | -7,641. |

**Commercial Revitalization Deductions From Rental Real Estate Activities**

| Line | Description | | | | |
|---|---|---|---|---|---|
| 2a | Commercial revitalization deductions from Worksheet 2, column (a) | 2a | | | |
| b | Prior year unallowed commercial revitalization deductions from Worksheet 2, column (b) | 2b | | | |
| c | Add lines 2a and 2b | | | 2c | |

**All Other Passive Activities**

| Line | Description | | | | |
|---|---|---|---|---|---|
| 3a | Activities with net income (enter the amount from Worksheet 3, column (a)) | 3a | | | |
| b | Activities with net loss (enter the amount from Worksheet 3, column (b)) | 3b | | | |
| c | Prior years unallowed losses (enter the amount from Worksheet 3, column (c)) | 3c | | | |
| d | Combine lines 3a, 3b, and 3c | | | 3d | |
| 4 | Combine lines 1d, 2c, and 3d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c, 2b, or 3c. **Do not** complete Form 8582. Report the losses on the forms and schedules normally used | | | 4 | -7,641. |

If line 4 is a loss and:
- Line 1d is a loss, go to Part II.
- Line 2c is a loss (and line 1d is zero or more), skip Part II and go to Part III.
- Line 3d is a loss (and lines 1d and 2c are zero or more), skip Parts II and III and go to line 15.

**Caution:** *If your filing status is married filing separately and you lived with your spouse at any time during the year,* **do not** *complete Part II or Part III. Instead, go to line 15.*

**Part II — Special Allowance for Rental Real Estate With Active Participation**

**Note:** *Enter all numbers in Part II as positive amounts. See page 8 of the instructions for an example.*

| Line | Description | | | | |
|---|---|---|---|---|---|
| 5 | Enter the **smaller** of the loss on line 1d or the loss on line 4 | | | 5 | 7,641. |
| 6 | Enter $150,000. If married filing separately, see the instructions | 6 | | | |
| 7 | Enter modified adjusted gross income, but not less than zero (see the instr.) | 7 | | | |
| | **Note:** *If line 7 is greater than or equal to line 6, skip lines 8 and 9, enter -0- on line 10. Otherwise, go to line 8.* | | | | |
| 8 | Subtract line 7 from line 6 | 8 | | | |
| 9 | Multiply line 8 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see the instructions | | | 9 | |
| 10 | Enter the **smaller** of line 5 or line 9 | | | 10 | |

If line 2c is a loss, go to Part III. Otherwise, go to line 15.

**Part III — Special Allowance for Commercial Revitalization Deductions From Rental Real Estate Activities**

**Note:** *Enter all numbers in Part III as positive amounts. See the example for Part II on page 8 of the instructions.*

| Line | Description | | |
|---|---|---|---|
| 11 | Enter $25,000 reduced by the amount, if any, on line 10. If married filing separately, see instructions | 11 | |
| 12 | Enter the loss from line 4 | 12 | |
| 13 | Reduce line 12 by the amount on line 10 | 13 | |
| 14 | Enter the **smallest** of line 2c (treated as a positive amount), line 11, or line 13 | 14 | |

**Part IV — Total Losses Allowed**

| Line | Description | | |
|---|---|---|---|
| 15 | Add the income, if any, on lines 1a and 3a and enter the total | 15 | |
| 16 | **Total losses allowed from all passive activities for 2005.** Add lines 10, 14, and 15. See the instructions to find out how to report the losses on your tax return SEE STATEMENT 11 | 16 | 0. |

ALTERNATIVE MINIMUM TAX

Form 8582 (2005) DANIEL T. PUCKETT [redacted] Page 2

**Caution:** *The worksheets must be filed with your tax return. Keep a copy for your records.*

**Worksheet 1 - For Form 8582, Lines 1a, 1b, and 1c** (See instructions.)

| Name of activity | Current year | | Prior years | Overall gain or loss | |
|---|---|---|---|---|---|
| | (a) Net income (line 1a) | (b) Net loss (line 1b) | (c) Unallowed loss (line 1c) | (d) Gain | (e) Loss |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | SEE ATTACHED STATEMENT FOR WORKSHEET 1 | | | | |
| Total. Enter on Form 8582, lines 1a, 1b, and 1c ▶ | | -7,641. | | | |

**Worksheet 2 - For Form 8582, Lines 2a and 2b** (See instructions.)

| Name of activity | (a) Current year deductions (line 2a) | (b) Prior year unallowed deductions (line 2b) | (c) Overall loss |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| Total. Enter on Form 8582, lines 2a and 2b ▶ | | | |

**Worksheet 3 - For Form 8582, Lines 3a, 3b, and 3c** (See instructions.)

| Name of activity | Current year | | Prior years | Overall gain or loss | |
|---|---|---|---|---|---|
| | (a) Net income (line 3a) | (b) Net loss (line 3b) | (c) Unallowed loss (line 3c) | (d) Gain | (e) Loss |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total. Enter on Form 8582, lines 3a, 3b, and 3c ▶ | | | | | |

**Worksheet 4 - Use this worksheet if an amount is shown on Form 8582, line 10 or 14** (See instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Special allowance | (d) Subtract column (c) from column (a) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total ▶ | | | | | |

**Worksheet 5 - Allocation of Unallowed Losses** (See instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Ratio | (c) Unallowed loss |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | SEE ATTACHED STATEMENT FOR WORKSHEET 5 | | | |
| Total ▶ | | 7,641. | 1.000000000 | 7,641. |

519762 11-10-05

Form 8582 (2005)

ALTERNATIVE MINIMUM TAX

Form 8582 (2005) DANIEL T. PUCKETT Page 3

**Worksheet 6 - Allowed Losses** (See instructions.)

| Name of activity | Form or schedule and line number to be reported on (see instructions) | (a) Loss | (b) Unallowed loss | (c) Allowed loss |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | SEE ATTACHED | STATEMENT F | OR WORKSHEET | 6 |
| Total ▶ | | 7,641. | 7,641. | |

**Worksheet 7 - Activities With Losses Reported on Two or More Forms or Schedules** (See instructions.)

| Name of Activity: | (a) | (b) | (c) Ratio | (d) Unallowed loss | (e) Allowed loss |
|---|---|---|---|---|---|
| Form or schedule and line number to be reported on (see instructions): | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule ▶ | | | | | |
| b Net income from form or schedule ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Form or schedule and line number to be reported on (see instructions): | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule ▶ | | | | | |
| b Net income from form or schedule ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Form or schedule and line number to be reported on (see instructions): | | | | | |
| 1a Net loss plus prior year unallowed loss from form or schedule ▶ | | | | | |
| b Net income from form or schedule ▶ | | | | | |
| c Subtract line 1b from line 1a. If zero or less, enter -0- ▶ | | | | | |
| Total ▶ | | | | | |

DANIEL T. PUCKETT

FORM 1040 WAGES RECEIVED AND TAXES WITHHELD STATEMENT 1

| T S | EMPLOYER'S NAME | AMOUNT PAID | FEDERAL TAX WITHHELD | STATE TAX WITHHELD | CITY SDI TAX W/H | FICA TAX | MEDICARE TAX |
|---|---|---|---|---|---|---|---|
| T | KURPLUNK DBA ROCKFORD SKI RACK | 45,588. | 7,492. | 1,368. | | 2,826. | 661. |
| | TOTALS | 45,588. | 7,492. | 1,368. | | 2,826. | 661. |

FORM 6251 DEPRECIATION ON ASSETS PLACED IN SERVICE AFTER 1986 STATEMENT 2

| DESCRIPTION | AMOUNT |
|---|---|
| TOOLS | -20. |
| TOTAL TO FORM 6251, LINE 17 | -20. |

FORM 2106/SBE OTHER BUSINESS EXPENSES STATEMENT 3

ACTIVE PARTNER IN KURPLUNCK

| DESCRIPTION | AMOUNT |
|---|---|
| OFFICE EXPENSES NOT REIMBURSED BY PARTNERSHIP | 1,373. |
| PUBLICATIONS AND BOOKS | 445. |
| DEPRECIATION | 207. |
| TOTAL TO FORM 2106/SBE, PART I, LINE 4 | 2,025. |

FORM 8582 ACTIVE RENTAL OF REAL ESTATE - WORKSHEET 1 STATEMENT 4

| NAME OF ACTIVITY | CURRENT YEAR NET INCOME | CURRENT YEAR NET LOSS | PRIOR YEAR UNALLOWED LOSS | OVERALL GAIN OR LOSS GAIN | OVERALL GAIN OR LOSS LOSS |
|---|---|---|---|---|---|
| HOUSE - 419 WHITMAN STREET | 0. | -7,641. | | | -7,641. |
| TOTALS | 0. | -7,641. | | | -7,641. |

DANIEL T. PUCKETT

FORM 8582 ALLOCATION OF UNALLOWED LOSSES - WORKSHEET 5 STATEMENT 5

| NAME OF ACTIVITY | FORM OR SCHEDULE | LOSS | RATIO | UNALLOWED LOSS |
|---|---|---|---|---|
| HOUSE - 419 WHITMAN STREET | SCH E | 7,641. | 1.000000000 | 7,641. |
| TOTALS | | 7,641. | 1.000000000 | 7,641. |

FORM 8582 ALLOWED LOSSES - WORKSHEET 6 STATEMENT 6

| NAME OF ACTIVITY | FORM OR SCHEDULE | LOSS | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|
| HOUSE - 419 WHITMAN STREET | SCH E | 7,641. | 7,641. | |
| TOTALS | | 7,641. | 7,641. | |

FORM 8582 SUMMARY OF PASSIVE ACTIVITIES STATEMENT 7

| R R E A | NAME | FORM OR SCHEDULE | GAIN/LOSS | PRIOR YEAR C/O | NET GAIN/LOSS | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|---|---|---|
| X | HOUSE - 419 WHITMAN STREET | SCH E | -7,641. | | -7,641. | 7,641. | |
| TOTALS | | | -7,641. | | -7,641. | 7,641. | |
| PRIOR YEAR CARRYOVERS ALLOWED DUE TO CURRENT YEAR NET ACTIVITY INCOME | | | | | | | |
| TOTAL TO FORM 8582, LINE 16 | | | | | | | |

DANIEL T. PUCKETT

FORM 8582 — ALTERNATIVE MINIMUM TAX — ACTIVE RENTAL OF REAL ESTATE - WORKSHEET 1 — STATEMENT 8

| NAME OF ACTIVITY | CURRENT YEAR NET INCOME | CURRENT YEAR NET LOSS | PRIOR YEAR UNALLOWED LOSS | OVERALL GAIN OR LOSS GAIN | OVERALL GAIN OR LOSS LOSS |
|---|---|---|---|---|---|
| HOUSE - 419 WHITMAN STREET | 0. | -7,641. | | | -7,641. |
| TOTALS | 0. | -7,641. | | | -7,641. |

FORM 8582 — ALTERNATIVE MINIMUM TAX — ALLOCATION OF UNALLOWED LOSSES - WORKSHEET 5 — STATEMENT 9

| NAME OF ACTIVITY | FORM OR SCHEDULE | LOSS | RATIO | UNALLOWED LOSS |
|---|---|---|---|---|
| HOUSE - 419 WHITMAN STREET | SCH E | 7,641. | 1.000000000 | 7,641. |
| TOTALS | | 7,641. | 1.000000000 | 7,641. |

FORM 8582 — ALTERNATIVE MINIMUM TAX — ALLOWED LOSSES - WORKSHEET 6 — STATEMENT 10

| NAME OF ACTIVITY | FORM OR SCHEDULE | LOSS | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|
| HOUSE - 419 WHITMAN STREET | SCH E | 7,641. | 7,641. | |
| TOTALS | | 7,641. | 7,641. | |

DANIEL T. PUCKETT

FORM 8582AMT — SUMMARY OF PASSIVE ACTIVITIES - AMT — STATEMENT 11

| RREA | NAME | FORM OR SCHEDULE | GAIN/LOSS | PRIOR YEAR C/O | NET GAIN/LOSS | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|---|---|---|
| X | HOUSE - 419 WHITMAN STREET | SCH E | -7,641. | | -7,641. | 7,641. | |
| | TOTALS | | -7,641. | | -7,641. | 7,641. | |

PRIOR YEAR CARRYOVERS ALLOWED DUE TO CURRENT YEAR NET ACTIVITY INCOME

TOTAL TO FORM 8582AMT, LINE 16

Illinois Department of Revenue
# 2005 Form IL-1040
tax.illinois.gov **Individual Income Tax Return** or for fiscal year ending ___ /06

Do not write above this line.

## Step 1: Personal Information

DANIEL T. PUCKETT

1975 PAWLISCH DR.
ROCKFORD, IL 61112

**C** Filing status (see instructions)
[ ] Single or head of household [ ] Married filing jointly [X] Married filing separately [ ] Widowed

**D** Check if you were a member of a professional athletic team during 2005 [ ]

## Step 2: Income

| | | | |
|---|---|---|---|
| 1 | Federal adjusted gross income from your U.S. 1040, Line 37; U.S. 1040A, Line 21; or U.S. 1040EZ, Line 4 | 1 | 20,887. |
| 2 | Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b; or U.S. 1040EZ. | 2 | |
| 3 | Other additions to your income. **Attach** Schedule M. | 3 | |
| 4 | Add Lines 1 through 3. This is your total income. | 4 | 20,887. |

## Step 3: Base Income

| | | | | | |
|---|---|---|---|---|---|
| 5 | Income received from Social Security benefits and certain retirement plans if included in Step 2, Line 1. **Attach** federal page 1. | 5 | | | |
| 6 | Military pay earned if included in Step 2, Line 1. **Attach** military W-2. | 6 | | | |
| 7 | Illinois Income Tax overpayment included in U.S. 1040, Line 10. | 7 | | | |
| 8 | U.S. Treasury bonds, bills, notes, savings bonds, and U.S. agency interest from U.S. 1040, Schedule B, or U.S. 1040A, Schedule 1. | 8 | | | |
| 9 | Other subtractions to your income. **Attach** Schedule M. Check if Line 9 includes any amount from Schedule 1299-C. [ ] | 9 | | | |
| 10 | Add Lines 5 through 9. This is the total of your subtractions. | | | 10 | |
| 11 | Subtract Line 10 from Line 4. This is your Illinois **base income.** | | | 11 | 20,887. |

Staple W-2 and 1099 forms here

## Step 4: Exemptions

See instructions before completing Line 12.

| | | | | | |
|---|---|---|---|---|---|
| 12 a | Number of exemptions from your federal return. | 1 x$ 2,000 | a | 2,000. | |
| b | If someone else claimed you or your spouse as a dependent on their return, see instructions to figure the number to write here. | ___ x $2,000 | b | | |
| c | Check if 65 or older: [ ] You + [ ] Spouse = | ___ x $1,000 | c | | |
| d | Check if legally blind: [ ] You + [ ] Spouse = | ___ x $1,000 | d | | |
| | Add Lines a through d. This is your total Illinois exemption allowance. | | | 12 | 2,000. |

## Step 5: Net Income

| | | | |
|---|---|---|---|
| 13 | **Residents only:** Subtract Line 12 from Line 11. This is your net income. *Skip Line 14.* | 13 | 18,887. |
| 14 | **Nonresidents and part-year residents only:** Check the box that applies to you during the year 2005. [ ] Nonresident [ ] Part-year resident. Illinois base income from Schedule NR. **Attach Schedule NR.** 14 ______ | | |

Staple your check

## Step 6: Tax

| | | | |
|---|---|---|---|
| 15 | **Residents:** Multiply Line 13 by 3% (.03). Write the result here. This is your tax. **Nonresidents and part-year residents:** Write the tax from Schedule NR. **This amount may not be less than zero.** | 15 | 567. |

IL-1040 page 1 (R-12/05)
ID: 3021

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center. IL-492-0065

549001 12-23-05

DANIEL T. PUCKETT

16 Tax amount from Page 1, Step 6, Line 15 — 16: 567.

## Step 7: Payments and Credits

Nonresidents may not claim a credit on Lines 19, 20, or 21. The total of Lines 19, 20b, and 21b may not exceed the tax amount on Line 16.

17 Illinois Income Tax withheld. **Attach** W-2 and 1099 forms. — 17: 1,368.

18 Estimated payments from Forms IL-505-I and IL-1040-ES, including overpayment applied from 2004 return — 18: ____

19 Income tax paid to another state while an Illinois resident. **Attach** Schedule CR and other states' returns. — 19: ____

20 Illinois Property Tax credit. **Complete PT Worksheet in instructions.**
PT Worksheet Line 3 amount — 20a: ____
PT Worksheet Line 8 amount — 20b: ____

21 K-12 Education expenses credit. **Complete ED Worksheet in instructions or Schedule ED. Attach** receipt or Schedule ED.
ED Worksheet or Schedule ED Line 1 amount — 21a: ____
ED Worksheet or Schedule ED Line 10 amount — 21b: ____

22 Earned Income Credit. **You must complete EIC Worksheet in instructions.**
EIC Worksheet Line 1 amount — 22a: ____
EIC credit amount from the EIC Worksheet — 22b: ____
Check if you have a qualifying child (living with you) born after 12/31/87. ☐

23 Income tax credit amount from Schedule 1299-C. **Attach** Schedule 1299-C — 23: ____

24 Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is the total of your payments and credits. — 24: 1,368.

## Step 8: Overpayment or Tax Due

25 If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your **overpayment.** — 25: 801.

26 If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your **tax due.** — 26: ____

## Step 9: Penalty

27 Late-payment penalty for underpayment of estimated tax. — 27: ____
a Check if you annualized your income on Form IL-2210, Step 6, or if you are 65 or older and permanently living in a nursing home. **Attach** Form IL-2210. ☐
b Check if at least two-thirds of your federal gross income is from farming. ☐

## Step 10: Donations **Any donation will reduce your refund or increase the amount you owe**

28 Amount you wish to donate to one or more of the following voluntary contribution funds

MAKE GIVING EASY

| Fund | | Fund | | Fund | |
|---|---|---|---|---|---|
| Wildlife | a ____ | Military Family | g ____ | Sarcoidosis | m ____ |
| Child Abuse | b ____ | Lou Gehrig's | h ____ | Autism | n ____ |
| Alzheimer's | c ____ | IL Veterans' Home | i ____ | Blindness | o ____ |
| Homeless | d ____ | Epilepsy | j ____ | Pet Population | p ____ |
| Breast Cancer | e ____ | Diabetes | k ____ | Brain Tumor | q ____ |
| Multiple Sclerosis | f ____ | Colon Cancer | l ____ | | |

Add Lines **a** through **q**. This is your donations total. — 28: ____

29 Add Line 27 and Line 28. This is your total penalty and donations. — 29: ____

## Step 11: Refund or Amount You Owe

30 If you have an overpayment on Line 25 and this amount is greater than Line 29, subtract Line 29 from Line 25. — 30: 801.

31 **Amount from Line 30 that you want applied to 2006 estimated tax.** — 31: ____

32 Subtract Line 31 from Line 30. This is your **refund**. — 32: 801.

**Direct Deposit**
33 Complete to direct deposit your refund.
Routing number ____ ☐ Checking or ☐ Savings
Account number ____

See instructions for payment options
34 If you have tax due on Line 26, add Lines 26 and 29. **or**
If you have an overpayment on Line 25 and this amount is less than Line 29, subtract Line 25 from Line 29. This is the **amount you owe.** — 34: ____

## Step 12: Sign and Date

Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

Your signature ____ Date ____ Daytime phone number ____ Your spouse's signature ____ Date ____

Paid preparer's signature ____ Date ____ Preparer's phone number ____ Preparer's FEIN, SSN, or PTIN ____

549002 12-23-05 ID: 3021

If no payment is enclosed, mail to: ILLINOIS DEPARTMENT OF REVENUE SPRINGFIELD IL 62719-0001

If payment enclosed, mail to: ILLINOIS DEPARTMENT OF REVENUE SPRINGFIELD IL 62726-0001

 DR ____ AP ____ CA ME NS PR RR RV WA WV ZZ ID ____ ____

Illinois Department of Revenue

# IL-505-I

## Automatic Extension Payment

for Individuals Filing Form IL-1040

**2005**

### Tax Payment Worksheet for Your Records

| | | | | | |
|---|---|---|---|---|---|
| 1 | Write the income tax you expect to owe (including recapture of investment credit). | | | 1 | |
| 2 | Write your Illinois Income Tax withheld. | 2 | 1,368. | | |
| 3 | Write your Illinois estimated payments and 2004 overpayment credit. | 3 | | | |
| 4 | Write any tax payment made with a previous Form IL-505-I. | 4 | | | |
| 5 | Write the estimated allowable credits for income tax paid to other states, Illinois Property Tax paid, education expenses, earned income, and credits from Schedule 1299-C. | 5 | | | |
| 6 | Total tax payments and credits. Add Lines 2 through 5. | | | 6 | 1,368. |
| 7 | **Tentative tax due** - Subtract Line 6 from Line 1. Write the amount here and on Form IL-505-I. | | | 7 | |

STOP **Do not file Form IL-505-I if no payment is due or if you make this payment electronically or by credit card.** STOP

IL-505-I (R-12/05)

549021 12-23-05

**Return only the bottom portion with your payment.**

Illinois Department of Revenue

**IL-505-I 2005**

**Automatic Extension Payment for Individuals**

(R-12/05) ID: 3021

Official Use

Your Social Security number

Spouse's Social Security number

For calendar year ending 12/05 or fiscal year ending

Month and year

DANIEL T. PUCKETT

Your first name & initial Spouse's first name (& last name if different) Your last name

1975 PAWLISCH DR.

Street address

ROCKFORD, IL 61112

City, State, ZIP

→ $

Tentative tax due

Daytime phone number

Make your check or money order payable to the "Illinois Department of Revenue."

Official Use

STOP **Do not file this form if no payment is due or if you make this payment electronically or by credit card.**

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center. IL-492-0068

Mail to:
ILLINOIS DEPARTMENT OF REVENUE
PO BOX 19005
SPRINGFIELD IL 62794-9005

B6J (Official Form 6J) (12/07)

In re **Daniel Thomas Puckett** Case No. ____________
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| Item | | Amount |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 0.00 |
| a. Are real estate taxes included? | Yes ___ No X | |
| b. Is property insurance included? | Yes ___ No X | |
| 2. Utilities: a. Electricity and heating fuel | | $ 285.00 |
| b. Water and sewer | | $ 30.00 |
| c. Telephone | | $ 35.00 |
| d. Other | | $ 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 100.00 |
| 4. Food | | $ 400.00 |
| 5. Clothing | | $ 200.00 |
| 6. Laundry and dry cleaning | | $ 0.00 |
| 7. Medical and dental expenses | | $ 500.00 |
| 8. Transportation (not including car payments) | | $ 280.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 100.00 |
| 10. Charitable contributions | | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 0.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 75.00 |
| e. Other | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other | | $ 0.00 |
| c. Other | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other | | $ 0.00 |
| Other | | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 2,005.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | Amount |
|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ 1,200.00 |
| b. | Average monthly expenses from Line 18 above | $ 2,005.00 |
| c. | Monthly net income (a. minus b.) | $ -805.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Daniel Thomas Puckett**, Debtor(s)

Case No. ____
Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **75** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **September 24, 2008**

Signature ***/s/* Daniel Thomas Puckett**
**Daniel Thomas Puckett**
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Daniel Thomas Puckett** Debtor(s)

Case No. ______

Chapter **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$48,828.00** | **2006, Rockford Ski Rack** |
| **$48,828.00** | **2007, Rockford Ski Rack** |
| **$29,109.00** | **Through August 1, 2008, Rockford Ski Rack** |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None ■

***Complete a. or b., as appropriate, and c.***

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ■ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Amcore Bank**<br>**501 7th St.**<br>**Rockford, IL 61110** | **Account XXX4720** | **$400.00 Closed July 30, 2008** |

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Kurplunk, LLC d/b/a Rockford Ski Rack** | **36-4246316** | **1975 Pawlisch Drive Rockford, IL 61112** | **Retail Ski and Patio Furniture Store** | **10/23/1998 - 8/1/2008** |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* ***only*** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **RSM McGladrey, Inc.<br>Mary Beth Speckman, Accountant<br>501 7th St., PO Box 4539<br>Rockford, IL 61110-4539** | **10/1998 - Present** |
| **Kurt Nichols, In House Bookkeeper<br>Rockford Ski Rack<br>1975 Pawlisch Drive<br>Rockford, IL 61112** | **8/07 to 8/08** |

None ☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **RSM McGladrey, Inc.** | **501 7th St., PO Box 4539<br>Rockford, IL 61110-4539** | **10/1998 - Present** |

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **RSM McGladrey, Inc.**<br>**10/1998 - Present** | **501 7th St., PO Box 4539**<br>**Rockford, IL 61110-4539** |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Midwest Bank**<br>**PO Box 689**<br>**Freeport, IL 61032** | **Annually** |

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Kruchten Associates, Inc.** | | **36%** |
| **Daniel T. Puckett** | | **36%** |
| **Steve H. Silton** | | **3%** |
| **Edward Stanford** | | **25%** |

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Daniel T. Puckett**<br>**Debtor** | **Payment of Salary** | **48,828.00/year** |

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **September 24, 2008** Signature **/s/ Daniel Thomas Puckett**
**Daniel Thomas Puckett**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Daniel Thomas Puckett**
Debtor(s)

Case No.
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **419 Whitman Street, Rockford, Illinois 61103** | **Citi Residential Lending** | **X** | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date **September 24, 2008**

Signature **/s/ Daniel Thomas Puckett**
**Daniel Thomas Puckett**
Debtor

Software Copyright (c) 1996-2008 Best Case Solutions - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re **Daniel Thomas Puckett**, Debtor(s) — Case No. ______ — Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **September 24, 2008**

**/s/ Jeffrey E. Hardyman**

**Jeffrey E. Hardyman**
**Howard & Hardyman, LLP**
**PO Box 1616**
**Rockford, IL 61110-0116**
**815-964-8888 Fax: 815-964-8779**
**jhardyman@howardhardyman.com**

**B 201** (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **Jeffrey E. Hardyman** | X **/s/ Jeffrey E. Hardyman** | **September 24, 2008** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**PO Box 1616**
**Rockford, IL 61110-0116**
**815-964-8888**

## Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Daniel Thomas Puckett** | X **/s/ Daniel Thomas Puckett** | **September 24, 2008** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) ______ | X ______ | |
| | Signature of Joint Debtor (if any) | Date |

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re **Daniel Thomas Puckett**, Debtor(s)

Case No. ______

Chapter **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **33**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **September 24, 2008**

**/s/ Daniel Thomas Puckett**
**Daniel Thomas Puckett**
Signature of Debtor

20-20 Legal Collections
30 Old Rudnick Lane
Dover, DE 19901

20-20 Legal Collections
30 Old Rudnick Lane
Dover, DE 19901

Amcore Bank
501 7th St.
Rockford, IL 61110

Arthur Roth Collection
PO Box 2471
Woburn, MA 01888

AT & T Universal Card
PO Box 183037
Columbus, OH 43218

Bank of America
PO Box 15726
Wilmington, DE 19886-5726

Brown Jordan International
5514 Pay Sphere Circle
Chicago, IL 60674

Brown Jordan International
9860 Gidley St.
El Monte, CA 91731

Citi Residential Lending
PO Box 11000
Santa Ana, CA 92711-1000

Dalbello Sports
519 Main Street
Andover, NH 03216

Edward J. Stanford
1460 Gragg St.
Centralia, IL 62801

First Integrity
111 N.E. 4th St.
Staples, MN 56479


IFS Collections
32107 Lindero Canyon Rd.
Westlake Village, CA 91361


IFS Collections
32107 Lindero Canyon Rd.
Westlake Village, CA 91361


J & B Importers
PO Box 161859
Miami, FL 33116


K-2
PO Box 88967
Chicago, IL 60695


Krucfhen Associates, Inc.
Attn: Peter Kructhen, President
1647 Oak Forest Road
Rockford, IL 61103


Litton Loan Servicing LP
Cash Managment Department
PO Box 4387
Houston, TX 77210


Litton Loan Servicing LP
Customer Assistance Response Team
4828 Loop Central Drive
Houston, TX 77081


Menards
PO Box 4160
Carol Stream, IL 60197


Midwest Bank
PO Box 689
Freeport, IL 61032

Mobil
PO Box 688938
Des Moines, IA 50368-8938


NorthPointe/Physician Billing
1446 Randall Ave
Janesville, WI 53545


Play Nation
190 Etowah Industrial Ct.
Canton, GA 30114


Robert Eskin Collections
1156 South US1
Vero Beach, FL 32962


Rockford Health Systems/RMH
2400 N. Rockton Road
Rockford, IL 61103


Rockford Mercantile Agency, Inc.
2502 S. Alpine Road
Rockford, IL 61108


Rome
PO Box 1323
Williston, VT 05495


Spyder
4725 Walnut St.
Boulder, CO 80301-2537


The North Face
PO Box 1817
Appleton, WI 54912


UW of Wisconsin Hospital & Clinics
PO Box 3006
Milwaukee, WI 53201-3006


West Life Distribution (AKA 686)
20 Goodyear
Irvine, CA 92618

Winston
PO Box 686
Haleyville, AL 35568